USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/27/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jose Lorenzo Pavia-Ibarra,

Petitioner,

-against-

Acting Field Office Director as Acting Field Office Director of New York Immigration and Customs Enforcement, Secretary of Homeland Security, Attorney General of the United States,

Respondents.

1:26-cv-7232 (MKV)

ORDER TO SHOW CAUSE

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of Fredy Balbuena Pavia's (the "Proposed Next Friend") response to the Court's Order to Show Cause. [ECF No. 4]. In it, the Proposed Next Friend indicates that he

> is prepared to provide a declaration confirming: 1. his relationship to Petitioner; 2. the circumstances under which he learned of Petitioner's detention; 3. his efforts to communicate with Petitioner; 4. the difficulties encountered in communicating with Petitioner; 5. his understanding that Petitioner is the real party in interest; 6. that he is acting solely for Petitioner's benefit; and 7. that, if Petitioner obtains meaningful access to the Court and is able to prosecute the action himself, the proposed next friend will defer to Petitioner's wishes.

*Id.* at 5.

The Proposed Next Friend shall provide such a declaration on or before September 4, 2026.

The Clerk of Court respectfully is requested to mail a copy of this Order to Petitioner.

**SO ORDERED.**

**Date: August 27, 2026**
**New York, NY**

Mary Kay Vyskocil

**MARY KAY VYSKOCIL**
**United States District Judge**