USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/01/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jose Lorenzo Pavia-Ibarra,

Petitioner,

-against-

Acting Field Office Director as Acting Field Office Director of New York Immigration and Customs Enforcement, Secretary of Homeland Security, Attorney General of the United States,

Respondents.

1:26-cv-7232 (MKV)

ORDER TO SHOW CAUSE

MARY KAY VYSKOCIL, United States District Judge:

This action arises from a petition for a writ of habeas corpus under Title 28, United States Code, Section 2241, filed on behalf of Jose Lorenzo Pavia-Ibarra by Fredy Balbuena Pavia (the "Proposed Next Friend"), who, proceeding pro se, purports to be Petitioner's nephew and next friend. [ECF No. 1]. On August 25, 2026, this Court explained that the Proposed Next Friend has not made an adequate showing of next friend standing, and ordered the Proposed Next Friend to show cause why this case should not be dismissed for lack of jurisdiction. [ECF No. 3]. On August 26, the Proposed Next Friend filed a response, indicating in relevant part:

> The proposed next friend is prepared to provide a declaration confirming: 1. His relationship to Petitioner; 2. the circumstances under which he learned of Petitioner's detention; 3. his efforts to communicate with Petitioner; 4. the difficulties encountered in communicating with Petitioner; 5. his understanding that Petitioner is the real party in interest; 6. that he is acting solely for Petitioner's benefit; and 7. that, if Petitioner obtains meaningful access to the Court and is able to prosecute the action himself, the proposed next friend will defer to Petitioner's wishes.

[ECF No. 4 at 5].

On August 27, this Court ordered the Proposed Next Friend to "provide such a declaration on or before September 4, 2026." [ECF No. 27]. The Court is in receipt of a September 6, 2026

declaration from *Petitioner*, in which he attests that he requested and consents to the Proposed Next Friend's participation in this litigation. [ECF No. 6]. Petitioner's declaration does not comply with this Court's August 27 Order for *the Proposed Next Friend* to file the declaration contemplated in the Proposed Next Friend's Response.

"The burden is on the 'next friend' friend' clearly to establish the propriety of his status and thereby justify the jurisdiction of the court." *Whitmore v. Arkansas*, 495 U.S. 149, 164 (1990). And the Proposed Next Friend must establish two prerequisites for standing:

> First, a "next friend" must provide an adequate explanation—such as inaccessibility, mental incompetence, or other disability—why the real party in interest cannot appear on his own behalf to prosecute the action. Second, the "next friend" must be truly dedicated to the best interests of the person on whose behalf he seeks to litigate, and it has been further suggested that a "next friend" must have some significant relationship with the real party in interest.

*Id.* at 163–64 (citations omitted).

The Proposed Next Friend has not yet met those prerequisites for standing as next friend. In particular, the Court notes that the fact that Petitioner himself filed a response to the Court's August 27 Order casts serious doubt on any suggestion that Petitioner—the real party in interest—cannot appear on his own behalf to prosecute this action.

The Court notes further that, while the Court cannot guarantee the availability of pro bono counsel, the Court recommends to Petitioner and his Proposed Next Friend the list of pro bono legal services providers provided by the Department of Justice, which is available at https://www.justice.gov/eoir/file/probonofulllist/dl, and a copy of which is attached to this Order. This resource includes contact information for pro bono legal services providers in both New Jersey and New York.

Accordingly, it is hereby ORDERED that, on or before October 15, 2026, the Proposed Next Friend (Mr. Fredy Balbuena Pavia) shall, as previously promised, provide a declaration

confirming: 1. his relationship to Petitioner; 2. the circumstances under which he learned of Petitioner's detention; 3. his efforts to communicate with Petitioner; 4. the difficulties encountered in communicating with Petitioner; 5. his understanding that Petitioner is the real party in interest; 6. an explanation "why the real party in interest cannot appear on his own behalf to prosecute the action," *Whitmore*, 495 U.S. at 163; 7. that he is acting solely for Petitioner's benefit; and 8. that, if Petitioner obtains meaningful access to the Court and is able to prosecute the action himself, the proposed next friend will defer to Petitioner's wishes. If the Proposed Next Friend cannot truthfully attest to any of those matters, he shall explain why.

The Clerk of Court is respectfully requested to mail a copy of this Order and the attached document to Petitioner's address listed in his declaration dated September 6, 2026. [ECF No. 6].

The Clerk of Court is also respectfully requested to mail a copy of this Order and the attached document to Petitioner's Proposed Next Friend, whose address is listed in the Proposed Next Friend's Response, dated August 26, 2026. [ECF No. 4].

**SO ORDERED.**

**Date: October 1, 2026**
**New York, NY**

Mary Kay Vyskocil
MARY KAY VYSKOCIL
United States District Judge

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Table of Contents


ARIZONA
- Eloy Immigration Court
- Florence Immigration Court
- Phoenix Immigration Court
- Phoenix Immigration Court Juvenile Docket
- Tucson Immigration Court
- Tucson Immigration Court Juvenile Docket

CALIFORNIA
- Adelanto Immigration Court
- Concord Immigration Court
- Concord Immigration Court Juvenile Docket
- Imperial Immigration Court
- Imperial Immigration Court Juvenile Docket
- Los Angeles Immigration Courts
- Los Angeles Immigration Courts Juvenile Docket
- Otay Mesa Immigration Court
- Sacramento Immigration Court
- San Diego Immigration Court
- Santa Ana Immigration Court

COLORADO
- Aurora Immigration Court
- Denver Immigration Court

CONNECTICUT
- Hartford Immigration Court
- Hartford Immigration Court Juvenile Docket

FLORIDA
- Krome Immigration Court
- Miami Immigration Court
- Miami Immigration Court Juvenile Docket
- Orlando Immigration Court

GEORGIA
- Atlanta Immigration Court
- Stewart Detention Center Immigration Court

HAWAII
- Honolulu Immigration Court

ILLINOIS
- Chicago Immigration Court
- Chicago Immigration Court Juvenile Docket

INDIANA
- Indianapolis Immigration Court

LOUISIANA
- LaSalle Immigration Court
- New Orleans Immigration Court
- Oakdale Immigration Court

MARYLAND
- Baltimore Immigration Court
- Baltimore Immigration Court Juvenile Docket
- Hyattsville Immigration Court

MASSACHUSETTS
- Boston Immigration Court
- Boston Immigration Court Juvenile Docket
- Chelmsford Immigration Court

MICHIGAN
- Detroit Immigration Court

MINNESOTA
- Fort Snelling Immigration Court
- Fort Snelling Immigration Court Juvenile Docket

MISSOURI
- Kansas City Immigration Court
- Kansas City Immigration Court Juvenile Docket


Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Table of Contents


NEBRASKA
- Omaha Immigration Court
- Omaha Immigration Court Juvenile Docket

NEVADA
- Las Vegas Immigration Court

NEW JERSEY
- Elizabeth Immigration Court
- Elizabeth Immigration Court Juvenile Docket
- Newark Immigration Court
- Newark Immigration Court Juvenile Docket

NEW MEXICO
- Otero Immigration Court

NEW YORK
- Buffalo Immigration Court
- New York Immigration Courts
- New York Immigration Courts Juvenile Docket
- Ulster Immigration Court

NORTH CAROLINA
- Charlotte Immigration Court

OHIO
- Cleveland Immigration Court
- Cleveland Immigration Court Juvenile Docket

OREGON
- Portland Immigration Court
- Boise Hearing Location
- Boise Hearing Location Juvenile Docket

PENNSYLVANIA
- Philadelphia Immigration Court
- Philadelphia Immigration Court Juvenile Docket

PUERTO RICO
- Guaynabo (San Juan) Immigration Court

TENNESSEE
- Memphis Immigration Court
- Memphis Immigration Court Juvenile Docket

TEXAS
- Conroe Immigration Court
- Dallas Immigration Court
- Dallas Immigration Court Juvenile Docket
- El Paso Immigration Court
- El Paso Detained Immigration Court
- Harlingen Immigration Court
- Harlingen Immigration Court - Brownsville Hearing Location
- Houston Immigration Courts
- Houston Immigration Courts Juvenile Docket
- Karnes County Residential Center
- Laredo Immigration Court
- Pearsall Immigration Court
- Port Isabel Immigration Court
- San Antonio Immigration Court
- San Antonio Immigration Court Juvenile Docket

UTAH
- Salt Lake City Immigration Court
- Salt Lake City Immigration Court Juvenile Docket

VIRGINIA
- Annandale Immigration Court
- Annandale Immigration Court Juvenile Docket
- Sterling Immigration Court

WASHINGTON
- Seattle Immigration Court
- Tacoma Immigration Court


Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

# ARIZONA

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Eloy Immigration Court

| Eloy, Arizona | |
|---|---|
| **ABA Commission on Immigration Detention Information Hotline****<br><br>1050 Connecticut Avenue, NW, Unit 400<br>Washington, DC 20036<br>immcenter@americanbar.org<br>www.americanbar.org/groups/public_interest/immigration/<br><br>• Pro se case assistance for detained respondents only<br>• Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#<br>• To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org<br>• Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 | **Florence Immigrant and Refugee Rights Project***<br><br>P.O. Box 86299<br>Tucson, AZ 85754<br>Tel: (602) 307-1008<br>firrp@firrp.org<br>www.firrp.org<br><br>• Removal defense, orientation materials<br>• Languages: Staff speaks Spanish |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Florence Immigration Court

| Florence, Arizona | |
|---|---|
| **ABA Commission on Immigration Detention Information Hotline****<br><br>1050 Connecticut Avenue, NW, Unit 400<br>Washington, DC 20036<br>immcenter@americanbar.org<br>www.americanbar.org/groups/public_interest/immigration/<br><br>• Pro se case assistance for detained respondents only<br>• Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#<br>• To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org<br>• Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 | **Florence Immigrant and Refugee Rights Project***<br><br>P.O. Box 86299<br>Tucson, AZ 85754<br>Tel: (602) 307-1008<br>firrp@firrp.org<br>www.firrp.org<br><br>• Removal defense, orientation materials<br>• Languages: Staff speaks Spanish |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

<u>Disclaimer</u>: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Phoenix Immigration Court

| Phoenix, Arizona | |
|---|---|
| **ABA Commission on Immigration Detention Information Hotline****<br><br>1050 Connecticut Avenue, NW, Unit 400<br>Washington, DC 20036<br>immcenter@americanbar.org<br>www.americanbar.org/groups/public_interest/immigration/<br><br>• Pro se case assistance for detained respondents only<br>• Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#<br>• To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org<br>• Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 | **Florence Immigrant and Refugee Rights Project***<br><br>P.O. Box 86299<br>Tucson, AZ 85754<br>Tel: (602) 307-1008<br>firrp@firrp.org<br>www.firrp.org<br><br>• Children's cases only<br>• Languages: Staff speaks Spanish |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Phoenix Immigration Court Juvenile Docket

| Phoenix, Arizona |
|---|
| **Florence Immigrant and Refugee Rights Project*** <br><br> P.O. Box 86299 <br> Tucson, AZ 85754 <br> Tel: (602) 307-1008 <br> firrp@firrp.org <br> www.firrp.org <br><br> • Children's cases only <br> • Languages: Staff speaks Spanish |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Tucson Immigration Court

| Tucson, Arizona | |
|---|---|
| **ABA Commission on Immigration Detention Information Hotline****<br><br>1050 Connecticut Avenue, NW, Unit 400<br>Washington, DC 20036<br>immcenter@americanbar.org<br>www.americanbar.org/groups/public_interest/immigration/<br><br>• Pro se case assistance for detained respondents only<br>• Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#<br>• To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org<br>• Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 | **Florence Immigrant and Refugee Rights Project***<br><br>P.O. Box 86299<br>Tucson, AZ 85754<br>Tel: (602) 307-1008<br>firrp@firrp.org<br>www.firrp.org<br><br>• Children's cases only<br>• Languages: Staff speaks Spanish |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Tucson Immigration Court Juvenile Docket

| Tucson, Arizona |
|---|
| **Florence Immigrant and Refugee Rights Project*** <br><br> P.O. Box 86299 <br> Tucson, AZ 85754 <br> Tel: (602) 307-1008 <br> firrp@firrp.org <br> www.firrp.org <br><br> • Children's cases only <br> • Languages: Staff speaks Spanish |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

# CALIFORNIA

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Adelanto Immigration Court

### Adelanto, California (page 1 of 2)

**Esperanza Immigrant Rights Project, Catholic Charities of Los Angeles, Inc. Main Office***

Catholic Charities of Los Angeles
1530 James M Wood Boulevard
Los Angeles, CA 90015
Tel: (213) 251-3505
Fax: (213) 487-0986
www.esperanza-la.org

- Monday-Friday, 8:30AM-5:30PM
- Assisting immigrants in understanding visas, asylum claims, special immigrant juvenile status (SIJS), cancellation of removal, and other forms of immigration relief
- Representing detained adults in removal proceedings
- Assisting victims of crime such as: victims of domestic violence and victims of human trafficking
- Pro bono (resources permitting and based on grant availability
- We have a hotline service which provides guidance, legal orientations, and referrals to adult detained individuals in removal proceedings
- Languages: English and Spanish (other languages available through interpreter services)

**Immigrant Defenders Law Center***

634 S. Spring Street, 10th floor
Los Angeles, CA 90014
Tel: (213) 634-0999
Fax: (213) 282-3133
info@immdef.org
www.immdef.org

- Low income detainees
- Priority given to Los Angeles County residents
- Other program requirements may apply
- Languages: Spanish and other languages available upon request

**Human Rights First****

3680 Wilshire Blvd., Suite PO4-414
Los Angeles, CA 90010
Tel: (213) 205-0468
Fax: (213) 402-2512
laprobono@humanrightsfirst.org
www.humanrightsfirst.org/asylum.asylum-seekers-and-potential-clients

- Represents indigent individuals and families seeking asylum
- To request assistance, please call our office at (212) 845-5200 and leave a voice message. You may also send us an email at laprobono@humanrightsfirst.org. Please include your contact information and a brief message describing the circumstances of your case. A staff member will contact you to schedule a screening.
- Languages: Spanish and others as needed

**ABA Commission on Immigration Detention Information Hotline****

1050 Connecticut Avenue, NW, Unit 400
Washington, DC 20036
immcenter@americanbar.org
www.americanbar.org/groups/public_interest/immigration/

- Pro se case assistance for detained respondents only
- Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#
- To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org
- Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Adelanto Immigration Court

### Adelanto, California (page 2 of 2)

**Alameda County Public Defender - Immigration Representation Unit***

1401 Lakeside Drive, Suite 400
Oakland, CA 94612
Tel: (510) 272-6611

- Representation limited to individuals with Alameda county residence or convictions
- Languages: English, Spanish, Farsi, and Russian

**International Institute of Los Angeles***

3845 Selig Place
Los Angeles, CA 90031
Tel: (323) 264-6217
Fax: (323) 264-6418
ireception@iilosangeles.org
www.iilosangeles.org

- Open Monday-Friday, 8:30AM-5PM
- Services include removal defense, habeas petitions and bond representation
- No walk-ins
- By appointment only (solo con cita)
- Languages: English and Spanish, other languages available upon request

**San Francisco Public Defender's Office***

555 7th Street
San Francisco, CA 94103
Tel: (628) 271-9898

- We provide removal defense to people in immigration custody. We prioritize people who have lived or worked in San Francisco
- We also offer removal defense to people that are not detained AND who are current or former clients of San Francisco Public Defender's Office
- Languages: English and Spanish

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Concord Immigration Court

| Concord, California (page 1 of 2) | |
|---|---|
| **ABA Commission on Immigration Detention Information Hotline****<br><br>1050 Connecticut Avenue, NW, Unit 400<br>Washington, DC 20036<br>immcenter@americanbar.org<br>www.americanbar.org/groups/public_interest/immigration/<br><br>• Pro se case assistance for detained respondents only<br>• Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#<br>• To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org<br>• Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 | **Low Income Legal Assistance Center***<br><br>345 Franklin Street, 2nd Floor<br>San Francisco, CA 94102<br>Tel: (650) 810-6357<br>info@lilaclegal.org<br>lilaclegal.org/<br><br>San Jose Office:<br>1576 Story Road<br>San Jose, CA 95122<br>Tel: (650) 810-6357<br><br>Redwood City Office:<br>2615 Middlefield Road<br>Redwood City, CA 94063<br>Tel: (650) 810-6357<br><br>• No walk-ins<br>• Please call for an appointment<br>• Intake hours: Monday-Saturday, 8AM-6PM<br>• Specialize in removal defense<br>• Languages: English and Spanish |
| **Community Legal Services in East Palo Alto (CLSEPA)***<br><br>1861 Bay Road<br>East Palo Alto, CA 94303<br>Tel: (650) 326-6440<br>Fax: (866) 688-5204<br>info@clsepa.org<br><br>• Representation limited to residents of San Mateo and Santa Clara counties<br>• Will represent juveniles and adults in removal proceedings<br>• No collect calls are accepted<br>• Languages: Spanish, Portuguese | **California Immigration Project***<br><br>1722 J Street, Suite 300<br>Sacramento, CA 95811<br>Tel: (916) 241-3355<br>info@calimm.org<br><br>• Please call our office to schedule a consultation |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Concord Immigration Court

| Concord, California (page 2 of 2) | |
|---|---|
| **Kids in Need of Defense (KIND)***<br><br><u>San Francisco Office:</u><br>71 Stevenson Street, Suite 1450<br>San Francisco, CA 94105<br>Tel: (415) 694-7389<br>Fax: (415) 694-7397<br>infosanfrancisco@supportkind.org<br>www.supportkind.org<br><br>• KIND's San Francisco office represents children residing in San Francisco, Alameda, Marin, and Contra Costa counties<br>• La oficina de KIND San Francisco representa a a niños que viven en los condados de San Francisco, Alameda, Marin, Contra Costa<br><br><u>Fresno Office:</u><br>550 E. Shaw Avenue, Suite 210<br>Fresno, CA 93710<br>Tel: (559) 573-8404<br>Fax: (800) 707-8309<br>infofresno@supportkind.org<br>www.supportkind.org<br><br>• KIND's Fresno office represents children residing in San Joaquin, Kern, Fresno, Kings, Tulare, Madera, Merced, and Stanislaus counties<br>• La oficina de KIND San Francisco representa a niños que viven en los condados de San Joaquin, Kern, Fresno, Kings, Tulare, Madera, Merced, y Stanislaus | **Asian Law Caucus***<br><br>55 Columbus Avenue<br>San Francisco, CA 94111<br>Tel: (415) 896-1701<br>Fax: (415) 896-1702<br>www.asianlawcaucus.org<br><br>• Specialize in criminal removal defense for detained individuals<br>• Not available for Asylum, Credible Fear Interviews, or Asylum Merits Interviews<br>• Languages: Mandarin, Cantonese, and Vietnamese |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

<u>Disclaimer</u>: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Concord Immigration Court Juvenile Docket

| Concord, California | |
| --- | --- |
| **Kids in Need of Defense (KIND)***<br><br><u>San Francisco Office:</u><br>71 Stevenson Street, Suite 1450<br>San Francisco, CA 94105<br>Tel: (415) 694-7389<br>Fax: (415) 694-7397<br>infosanfrancisco@supportkind.org<br>www.supportkind.org<br><br>• KIND's San Francisco office represents children residing in San Francisco, Alameda, Marin, and Contra Costa counties<br>• La oficina de KIND San Francisco representa a a niños que viven en los condados de San Francisco, Alameda, Marin, Contra Costa<br><br><u>Fresno Office:</u><br>550 E. Shaw Avenue, Suite 210<br>Fresno, CA 93710<br>Tel: (559) 573-8404<br>Fax: (800) 707-8309<br>infofresno@supportkind.org<br>www.supportkind.org<br><br>• KIND's Fresno office represents children residing in San Joaquin, Kern, Fresno, Kings, Tulare, Madera, Merced, and Stanislaus counties<br>• La oficina de KIND San Francisco representa a niños que viven en los condados de San Joaquin, Kern, Fresno, Kings, Tulare, Madera, Merced, y Stanislaus | **Global Communication Education & Art (GCEA)***<br><br>4689 Telegraph Avenue<br>Oakland, CA 94609<br>Tel: (510) 395-2233<br>info.gcsinc@gmail.com |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

<u>Disclaimer</u>: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Imperial Immigration Court

### Imperial, California (page 1 of 2)

**ABA Commission on Immigration Detention Information Hotline****

1050 Connecticut Avenue, NW, Unit 400
Washington, DC 20036
immcenter@americanbar.org
www.americanbar.org/groups/public_interest/immigration/

- Pro se case assistance for detained respondents only
- Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#
- To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org
- Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081

**Southern California Immigration Project***

2534 State Street, Suite 208
San Diego, CA 92101
Tel: (619) 516-8119
socalimmigrationp@gmail.com
www.socalimmigrationproject.org

- Specialize in African countries and LGBTQ from any country
- Asylum cases only
- No hablamos español

**Casa Cornelia Law Center***

Post Office Box 12666
San Diego, CA 92112
Tel: (619) 231-7788
Fax: (619) 231-7784
www.casacornelia.org
services@casacornelia.org

- Services include: Asylum, Withholding of Removal, UN Convention Against Torture, Defensive VAWA, U, T Visas, and Bond Hearings.
- Focus on asylum seekers, unaccompanied children, and victims of serious crime.
- Will accept detained and non-detained cases
- Call for assistance
- Languages: Spanish; multilingual interpretation may be available.

**OikosNow Not For Profit***

332 South Michigan Avenue, Suite #121-Z300
Chicago, IL 60604
Tel: (815) 549-5678
immigration@oikosnow.com
www.oikosnow.org

- Please call for an appointment
- Languages: Mandarin Chinese, Cantonese 中文

**California Collaborative for Immigrant Justice***

1999 Harrison Street, Suite 1800
Oakland, CA 94612
Tel: (510) 629-1606
info@ccijustice.org
www.ccijustice.org

- Detained cases only
- Languages: Spanish and English

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Imperial Immigration Court

| Imperial, California (page 2 of 2) | |
|---|---|
| **Human Rights First****<br><br>3680 Wilshire Blvd., Suite PO4-414<br>Los Angeles, CA 90010<br>Tel: (212) 845-5200<br>Fax: (202) 217-2661<br>laprobono@humanrightsfirst.org<br>www.humanrightsfirst.org/asylum-and-fefugee-representation#rep-contact<br><br>• Represents indigent individuals and families seeking asylum<br>• No walk-ins<br>• To request assistance, please call our office at (212) 845-5200 and leave a voice message. You may also send us an email at laprobono@humanrightsfirst.org. Please include your contact information and a brief message describing the circumstances of your case. A staff member will contact you to schedule a screening.<br>• Languages: Spanish and others as needed | **California Collaborative for Immigrant Justice***<br><br>1999 Harrison Street, Suite 1800<br>Oakland, CA 94612<br>Tel: (510) 629-1606<br>info@ccijustice.org<br>www.ccijustice.org<br><br>• Detained cases only<br>• Languages: Spanish and English |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Imperial Immigration Court Juvenile Docket

| Imperial, California |
|---|
| **Casa Cornelia Law Center*** <br><br> Post Office Box 12666 <br> San Diego, CA 92112 <br> Tel: (619) 231-7788 <br> Fax: (619) 231-7784 <br> www.casacornelia.org <br> services@casacornelia.org <br><br> • Services include: Asylum, Withholding of Removal, UN Convention Against Torture, Defensive VAWA, U, T Visas, and Bond Hearings. <br> • Focus on asylum seekers, unaccompanied children, and victims of serious crime. <br> • Will accept detained and non-detained cases <br> • Call for assistance <br> • Languages: Spanish; multilingual interpretation may be available. |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Los Angeles Immigration Courts

### Los Angeles, California (page 1 of 3)

**Esperanza Immigrant Rights Project, Catholic Charities of Los Angeles, Inc. Main Office***

Catholic Charities of Los Angeles
1530 James M Wood Blvd.
Los Angeles, CA 90015
Tel: (213) 251-3505
Fax: (213) 487-0986
www.esperanza-la.org

- Monday-Friday, 8:30AM-5:30PM
- Serving EOIR Los Angeles (the counties of: Los Angeles, Orange, Riverside, San Bernardino, Ventura, Kern, and Santa Barbara)
- Assisting immigrants in understanding visas, asylum claims, special immigrant juvenile status (SIJS), and other forms of immigration relief
- Representing both detained and non-detained adult immigrants in removal proceedings
- Representing non-detained minors in removal proceedings
- Assisting victims of crime such as: victims of domestic violence and victims of human trafficking
- Pro bono (resources permitting and based on grant availability
- Languages: English and Spanish (other languages through interpreter services)

**Community Lawyers, Inc.***

1216 East Compton Blvd.
Compton, CA 90221
Tel: (310) 635-8181
clinics@community-lawyers.org
www.community-lawyers.org

- No walk-ins
- By appointment only (solo con cita)
- Languages: English, Spanish, and other languages available upon request

**International Institute of Los Angeles***

3845 Selig Place
Los Angeles, CA 90031
Tel: (323) 264-6217
Fax: (323) 264-6418
ireception@iilosangeles.org
www.iilosangeles.org

- Open Monday-Friday, 8:30AM-5PM
- Services include: removal defense and affirmative petitions
- No walk-ins
- By appointment only (solo con cita)
- Languages: English and Spanish, other languages available upon request

**OikosNow Not For Profit***

332 South Michigan Avenue, Suite #121-Z300
Chicago, IL 60604
Tel: (815) 549-5678
immigration@oikosnow.com
www.oikosnow.org

- Please call for an appointment
- Languages: Mandarin Chinese, Cantonese 中文

**Refugee Support Network***

2301 Findlay Avenue
Monterey Park, CA 91754
Tel: (626) 323-1495
refugeeunitedstates@gmail.com
www.refugeeunitedstates.com

- No walk-ins, please call for an appointment
- Languages: English, Spanish, and Mandarin

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Los Angeles Immigration Courts

**Los Angeles, California (page 2 of 3)**

**ABA Commission on Immigration Detention Information Hotline****

1050 Connecticut Avenue, NW, Unit 400
Washington, DC 20036
immcenter@americanbar.org
www.americanbar.org/groups/public_interest/immigration/

- Pro se case assistance for detained respondents only
- Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#
- To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org
- Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081

**Immigrant Defenders Law Center***

634 S. Spring Street, 10th floor
Los Angeles, CA 90014
Tel: (213) 634-0999
Fax: (213) 282-3133
info@immdef.org
www.immdef.org

- Low income respondents
- Priority given to Los Angeles County residents
- Unaccompanied minors
- Languages: Spanish and other languages available upon request

**Human Rights First****

3680 Wilshire Blvd., Suite PO4-414
Los Angeles, CA 90010
Tel: (213) 205-0468
Fax: (213) 402-2512
laprobono@humanrightsfirst.org
www.humanrightsfirst.org/asylum.asylum-seekers-and-potential-clients

- Represents indigent individuals and families seeking asylum
- To request assistance, please call our office at (212) 845-5200 and leave a voice message. You may also send us an email at laprobono@humanrightsfirst.org. Please include your contact information and a brief message describing the circumstances of your case. A staff member will contact you to schedule a screening.
- Languages: Spanish and others as needed

**Kids In Need of Defense (KIND) - Los Angeles***

801 S. Grand Avenue, Suite 550
Los Angeles, CA 90017
Tel: (213) 274-0170
Fax: (213) 274-0169
infolosangeles@supportkind.org
www.supportkind.org

- Children's, juvenile, and UAC cases only
- SIJS, asylum, U/T Visas
- No walk-ins, by appointment only
- Languages: English and Spanish speaking staff

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Los Angeles Immigration Courts

| Los Angeles, California (page 3 of 3) |
|---|
| **El Rescate*** <br><br> 1605 West Olympic Blvd., Suite 516 <br> Los Angeles, CA 90015 <br> Tel: (213) 387-3284 <br> www.elrescate.org <br><br> • Open Monday-Friday from 9:00AM-5:00PM <br> • Please call or visit for appointments <br> • Languages: English, Spanish, Tagalog, and K'iche |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

<u>Disclaimer</u>: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Los Angeles Immigration Courts Juvenile Docket

### Los Angeles, California

**International Institute of Los Angeles***

3845 Selig Place
Los Angeles, CA 90031
Tel: (323) 264-6217
Fax: (323) 264-6418
ireception@iilosangeles.org
www.iilosangeles.org

- Open Monday-Friday, 8:30AM-5PM
- Services include: removal defense and affirmative petitions
- No walk-ins
- By appointment only (solo con cita)
- Languages: English and Spanish, other languages available upon request

**Kids In Need of Defense (KIND) - Los Angeles***

801 S. Grand Avenue, Suite 550
Los Angeles, CA 90017
Tel: (213) 274-0170
infolosangeles@supportkind.org
www.supportkind.org

- Children's cases/UACs only, SIJS, Asylum, U/T visas
- Staff is Spanish speaking
- No walk-ins, by appointment only

**Immigrant Defenders Law Center***

634 S. Spring Street, 10th floor
Los Angeles, CA 90014
Tel: (213) 634-0999
Fax: (213) 282-3133
info@immdef.org
www.immdef.org

- Unaccompanied minors only
- Languages: Spanish

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Otay Mesa Immigration Court

**Otay Mesa, California (page 1 of 2)**

**Jewish Family Service of San Diego***

8788 Balboa Avenue
San Diego, CA 92123
Tel: (858) 637-3365
Fax: (858) 637-3011
immigration@jfssd.org
www.jfssd.org/site/PageServer?pagename=programs_refugee_main

- Please leave a voicemail any time day or night. Calls returned in the order received. If currently detained and you reach our voicemail, leave your full name and A-number in a voicemail and we will schedule a meeting in person or remote.
- Specialize in Bond Hearings, Removal Defense, Cancellation of Removal, Asylum, Withholding of Removal, UN Convention Against Torture, Adjustment of Status, VAWA, U Visa, SIJS and T visa.
- Languages: Spanish and multilingual interpretation may be available

**International Institute of Los Angeles***

3845 Selig Place
Los Angeles, CA 90031
Tel: (323) 264-6217
Fax: (323) 264-6418
ireception@iilosangeles.org
www.iilosangeles.org

- Open Monday-Friday, 8:30AM-5PM
- Services include removal defense, habeas petitions and bond representation
- No walk-ins
- By appointment only (solo con cita)
- Languages: English and Spanish, other languages available upon request

**ABA Commission on Immigration Detention Information Hotline****

1050 Connecticut Avenue, NW, Unit 400
Washington, DC 20036
immcenter@americanbar.org
www.americanbar.org/groups/public_interest/immigration/

- Pro se case assistance for detained respondents only
- Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#
- To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org
- Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081

**Casa Cornelia Law Center***

Post Office Box 12666
San Diego, CA 92112
Tel: (619) 231-7788
Fax: (619) 231-7784
www.casacornelia.org
services@casacornelia.org

- Services include: Asylum, Withholding of Removal, UN Convention Against Torture, Defensive VAWA, U, T Visas, and SIJS, Bond Hearings.
- Focus on asylum seekers, and victims of serious crime.
- Will accept detained cases
- Call for assistance
- Languages: Spanish; multilingual interpretation may be available.

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Otay Mesa Immigration Court

### Otay Mesa, California (page 2 of 2)

**Immigrant Defenders Law Center***

1620 Fifth Avenue, Suite 825
San Diego, CA 92101
Tel: (213) 314-0701
Fax: (213) 282-3133
sdinfo@immdef.org

- Must be low income
- No walk-ins, appointment only
- Languages: Spanish and other languages available upon request

**Southern California Immigration Project***

2534 State Street, Suite 208
San Diego, CA 92101
Tel: (619) 516-8119
socalimmigrationp@gmail.com
www.socalimmigrationproject.org

- Specialize in African countries and LGBTQ from any country
- Asylum cases only
- No hablamos español

**Human Rights First****

3680 Wilshire Blvd., Suite PO4-414
Los Angeles, CA 90010
Tel: (212) 845-5200
Fax: (202) 217-2661
laprobono@humanrightsfirst.org
www.humanrightsfirst.org/asylum-and-fefugee-representation#rep-contact

- Represents indigent individuals and families seeking asylum
- No walk-ins
- To request assistance, please call our office at (212) 845-5200 and leave a voice message. You may also send us an email at laprobono@humanrightsfirst.org. Please include your contact information and a brief message describing the circumstances of your case. A staff member will contact you to schedule a screening.
- Languages: Spanish and others as needed

**Immigrant Rights Legal Defense Program (IRLDP) - San Diego County Public Defender***

451 A Street, Suite 1450
San Diego, CA 92101
Tel: (619) 446-2883
oac@sdcounty.ca.gov

- Removal defense cases only

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Sacramento Immigration Court

| Sacramento, California | |
|---|---|
| **ABA Commission on Immigration Detention Information Hotline****<br><br>1050 Connecticut Avenue, NW, Unit 400<br>Washington, DC 20036<br>immcenter@americanbar.org<br>www.americanbar.org/groups/public_interest/immigration/<br><br>• Pro se case assistance for detained respondents only<br>• Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#<br>• To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org<br>• Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 | **Catholic Charities of Northern Nevada***<br><br>480 E. Moana Ln<br>Reno, NV 89502<br>Tel: (775) 393-3877<br>immigration@ccsnn.org<br>www.ccsnn.org/pages/immigration-legal-services<br><br>• Consultations by appointment only<br>• Only accepts cases heard in the Reno Immigration Court<br><br>**California Immigration Project***<br><br>1722 J Street, Suite 300<br>Sacramento, CA 95811<br>Tel: (916) 241-3355<br>info@calimm.org<br><br>• Please call our office to schedule a consultation |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## San Diego Immigration Court

### San Diego, California (page 1 of 2)

**Immigrant Defenders Law Center***

1620 Fifth Avenue, Suite 825
San Diego, CA 92101
Tel: (213) 314-0701
Fax: (213) 282-3133
sdinfo@immdef.org

- Must be low income
- No walk-ins, appointment only
- Languages: Spanish and other languages available upon request

**OikosNow Not For Profit***

332 South Michigan Avenue, Suite #121-Z300
Chicago, IL 60604
Tel: (815) 549-5678
immigration@oikosnow.com
www.oikosnow.org

- Please call for an appointment
- Languages: Mandarin Chinese, Cantonese 中文

**Casa Cornelia Law Center***

Post Office Box 12666
San Diego, CA 92112
Tel: (619) 231-7788
Fax: (619) 231-7784
www.casacornelia.org
services@casacornelia.org

- Services include: Asylum, Withholding of Removal, UN Convention Against Torture, Defensive VAWA, U, T Visas, and SIJS, Bond Hearings.
- Focus on asylum seekers, unaccompanied minors, and victims of serious crime.
- Will accept detained and non-detained cases
- Call for assistance
- Languages: Spanish; multilingual interpretation may be available.

**Immigrant Rights Legal Defense Program (IRLDP) - San Diego County Public Defender***

451 A Street, Suite 1450
San Diego, CA 92101
Tel: (619) 446-2883
oac@sdcounty.ca.gov

- Removal defense cases only

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## San Diego Immigration Court

| San Diego, California (page 2 of 2) | |
|---|---|
| **Jewish Family Service of San Diego***<br><br>8788 Balboa Avenue<br>San Diego, CA 92123<br>Tel: (858) 637-3365<br>Fax: (858) 637-3011<br>immigration@jfssd.org<br>www.jfssd.org/site/PageServer?pagename=pr ograms_refugee_main<br><br>• Please leave a voicemail at any time day or night. Calls returned in the order received. If you reach our voicemail, leave your full name and phone number in a voicemail and we will return your call as soon as possible<br>• Specialize in Bond Hearings, Removal Defense, Cancellation of Removal, Asylum, Withholding of Removal, UN Convention Against Torture, Adjustment of Status, VAWA, U Visa, SIJS and T visa.<br>• Languages: Spanish and multilingual interpretation may be available | **ABA Commission on Immigration Detention Information Hotline****<br><br>1050 Connecticut Avenue, NW, Unit 400<br>Washington, DC 20036<br>immcenter@americanbar.org<br>www.americanbar.org/groups/public_interest/ immigration/<br><br>• Pro se case assistance for detained respondents only<br>• Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#<br>• To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org<br>• Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Santa Ana Immigration Court

**Santa Ana, California (page 1 of 2)**

**Human Rights First****

3680 Wilshire Blvd., Suite PO4-414
Los Angeles, CA 90010
Tel: (213) 205-0468
Fax: (213) 402-2512
laprobono@humanrightsfirst.org
www.humanrightsfirst.org/asylum.asylum-seekers-and-potential-clients

- Represents indigent individuals and families seeking asylum
- To request assistance, please call our office at (212) 845-5200 and leave a voice message. You may also send us an email at laprobono@humanrightsfirst.org. Please include your contact information and a brief message describing the circumstances of your case. A staff member will contact you to schedule a screening.
- Languages: Spanish and others as needed

**Immigrant Defenders Law Center***

634 S. Spring Street 10th floor
Los Angeles, CA 90014
Tel: (213) 634-0999
Fax: (213) 282-3133
info@immdef.org
www.immdef.org

- Low income detainees
- Priority given to Los Angeles County residents
- Other program requirements may apply
- Languages: Spanish - other languages available upon request

**International Institute of Los Angeles***

3845 Selig Place
Los Angeles, CA 90031
Tel: (323) 264-6217
Fax: (323) 264-6418
ireception@iilosangeles.org
www.iilosangeles.org

- Open Monday-Friday, 8:30AM-5PM
- Services include: removal defense and affirmative petitions
- No walk-ins
- By appointment only (solo con cita)
- Languages: English and Spanish, other languages available upon request

**Kids In Need of Defense (KIND) - Los Angeles***

801 S. Grand Avenue, Suite 550
Los Angeles, CA 90017
Tel: (213) 274-0170
Fax: (213) 274-0169
infolosangeles@supportkind.org
www.supportkind.org

- Children's, juvenile, and UAC cases only
- SIJS, asylum, U/T Visas
- No walk-ins, by appointment only
- Languages: English and Spanish speaking staff

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Santa Ana Immigration Court

| Santa Ana, California (page 2 of 2) | |
|---|---|
| **Catholic Charities of Los Angeles, Archdiocese of Los Angeles, Inc. Main Office***<br><br>1530 James M Wood Boulevard<br>Los Angeles, CA 90015<br>Tel: (213) 251-3505<br>Fax: (213) 487-0986<br>www.esperanza-la.org<br><br>• Monday-Friday 9:00AM-5:30PM<br>• Serving EOIR: Orange, San Bernadino, and Riverside counties<br>• Assisting immigrants in understanding visas, asylum claims, special immigrant juvenile status (SIJS), and other forms of immigration relief<br>• Reduced fee schedule, nominal, or pro bono (resources permitting and based on grant availability)<br>• Languages: English and Spanish (other languages through interpreter services) | **Refugee Support Network***<br><br>2301 Findlay Avenue<br>Monterey Park, CA 91754<br>Tel: (626) 323-1495<br>refugeeunitedstates@gmail.com<br>www.refugeeunitedstates.com<br><br>• No walk-ins, please call for an appointment<br>• Languages: English, Spanish, and Mandarin |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

# COLORADO

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Aurora Immigration Court

### Aurora, Colorado

**ABA Commission on Immigration Detention Information Hotline****

1050 Connecticut Avenue, NW, Unit 400
Washington, DC 20036
immcenter@americanbar.org
www.americanbar.org/groups/public_interest/immigration/

- Pro se case assistance for detained respondents only
- Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#
- To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org
- Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081

**Connect Immigration***

305 McGregor Drive
Gypsum, CO 81637
Tel: (720) 674-1919
immigration@connectchurchcolorado.com
www.connectchurchcolorado.com/immigration

- Please call for an appointment
- Languages: Spanish and English

**Rocky Mountain Immigrant Advocacy Network (RMIAN)***

7301 N. Federal Blvd., Suite 300
Westminster, CO 80030
Tel: (303) 433-2812
Fax: (303) 433-2823
webforms@rmian.org
www.rmian.org

- To request services for someone who is detained, please go to www.rmian.org/detention-program or leave a message on the detained hotline at (303) 866-9308
- RMIAN offers free legal representation, information, and pro se support for unrepresented individuals detained by Immigration and Customs Enforcement (ICE) in Aurora, Colorado

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Denver Immigration Court

| Denver, Colorado | |
|---|---|
| **Rocky Mountain Immigrant Advocacy Network (RMIAN)***<br><br>7301 N. Federal Blvd., Suite 300<br>Westminster, CO 80030<br>Tel: (303) 433-2812<br>Fax: (303) 433-2823<br>webforms@rmian.org<br>www.rmian.org<br><br>• To request services for someone who is not detained, please go to www.rmian.org/childrens-program or leave a message on the non-detained hotline at (720) 543-8898<br>• RMIAN offers free legal representation, information, and pro se support for unrepresented children and families who are in removal proceedings before the Denver Immigration Court | **ABA Commission on Immigration Detention Information Hotline****<br><br>1050 Connecticut Avenue, NW, Unit 400<br>Washington, DC 20036<br>immcenter@americanbar.org<br>www.americanbar.org/groups/public_interest/immigration/<br><br>• Pro se case assistance for detained respondents only<br>• Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#<br>• To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org<br>• Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 |
| **Colorado Asylum Center***<br><br>517 16th Avenue<br>Denver, CO 80203<br>Tel: (303) 376-9907<br>www.coasylum.org<br><br>• Asylum applications and Notices of Appeals only<br>• By appointment only<br>• Text (303) 376-9907 once with request for appointment (text only) | **Connect Immigration***<br><br>305 McGregor Drive<br>Gypsum, CO 81637<br>Tel: (720) 674-1919<br>immigration@connectchurchcolorado.com<br>www.connectchurchcolorado.com/immigration<br><br>• Please call for an appointment<br>• Languages: Spanish and English |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

# CONNECTICUT

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Hartford Immigration Court

### Hartford, Connecticut

**Connecticut Institute for Refugees and Immigrants***

34 Woodland Avenue
Stamford, CT 06902
Tel: (203) 965-7190
www.cirict.org

410 Colorado Avenue
Bridgeport, CT 06605
Tel: (203) 336-0141
www.cirict.org

75 Charter Oak Avenue, Suite 2-180
Hartford, CT 06106
Tel: (860) 692-3085
www.cirict.org

- Representation to individuals in removal proceedings, either in-house or through referrals
- Pro Bono representation may be limited by grant and program requirements
- Does not provide representation in detained cases

**Central West Justice Center - An Affiliate of Community Legal Aid***

370 Main Street, Suite 200
Worcester, MA 01608
Tel: (855) 252-5342
www.communitylegal.org

- Serves low-income residents of Central & Western Massachusetts

**ABA Commission on Immigration Detention Information Hotline****

1050 Connecticut Avenue, NW, Unit 400
Washington, DC 20036
immcenter@americanbar.org
www.americanbar.org/groups/public_interest/immigration/

- Pro se case assistance for detained respondents only
- Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#
- To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org
- Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081

**Jewish Family Services of Greenwich***

67 Holly Hill Lane, Suite 200
Greenwich, CT 06830
Tel: (203) 622-1881
Fax: (203) 622-1885
info@jfsgreenwich.org

275 Main Street, 5th Floor
Norwich, CT 06360
Tel: (203) 622-1881, ext. 156
Fax: (203) 622-1885
infor@jfsgreenwich.org

- Representation to individuals in removal proceedings
- Pro bono representation may be limited by grant and program requirements
- Provides representation in detained cases

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

# FLORIDA

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Krome Immigration Court

### Miami, Florida

**ABA Commission on Immigration Detention Information Hotline****

1050 Connecticut Avenue, NW, Unit 400
Washington, DC 20036
immcenter@americanbar.org
www.americanbar.org/groups/public_interest/immigration/

- Pro se case assistance for detained respondents only
- Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#
- To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org
- Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081

**Church World Service***

200 Congress Park Drive, Suite 201
Delray Beach, Fl 33445
Tel: (561) 266-0624
selegal@cwsglobal.org

**Americans for Immigrant Justice***

P.O. Box 520037
Miami, FL 33152
Tel: (305) 573-1106
Fax: (305) 576-6273
info@aijustice.org

**MLK Public Interest Law Offices, Inc.***

27 NW 17th Street
Miami, FL 33125
Tel: (800) 505-0357
Fax: (305) 631-2310
admin@mlkpilo.com

- Haitian detainee cases: Asylum, cancellation of removal, and VAWA cases
- Criminal law specialty
- Call in hours: 12:00PM-1:00PM
- Languages: Spanish, Haitian Creole, and French

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Miami Immigration Court

### Miami, Florida

**MLK Public Interest Law Offices, Inc.***

27 NW 17th Street
Miami, FL 33125
Tel: (800) 505-0357
Fax: (305) 631-2310
admin@mlkpilo.com

- All specialized docket cases: Asylum, cancellation of removal, and VAWA cases
- Criminal law specialty
- Walk in hours: 8:00AM-10:00AM
- Languages: Spanish, Haitian Creole, and French

**ABA Commission on Immigration Detention Information Hotline****

1050 Connecticut Avenue, NW, Unit 400
Washington, DC 20036
immcenter@americanbar.org
www.americanbar.org/groups/public_interest/immigration/

- Pro se case assistance for detained respondents only
- Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#
- To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org
- Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081

**Church World Service***

Miami Office:
1924 NW 84 Avenue
Doral, FL 33126
Tel: (305) 774-6770
www.cwssoutheast.org

Palm Beach Office:
200 Congress Park Drive, Suite 201
Delray Beach, FL 33445
Tel: (651) 266-0624

Broward Office:
3215 NW 10th Terr, Suite 209 B
Ft. Lauderdale, FL 33309
Tel: (954) 689-6466

- Walk-ins or appointments
- Legal Orientation for those in removal proceedings
- Asylum, Adjustment of Status, Cancellation of Removal for LPR and non-LPR, waivers, motions, and other applications for relief
- All Immigration Matters
- Languages: Spanish, Haitian Creole, and other languages arranged

**Americans for Immigrant Justice***

P.O. Box 520037
Miami, FL 33152
Tel: (305) 573-1106
Fax: (305) 576-6273
info@aijustice.org

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Miami Immigration Court Juvenile Docket

| Miami, Florida | |
|---|---|
| **Church World Service***<br><br><u>Miami Office:</u><br>1924 NW 84 Avenue<br>Doral, FL 33126<br>Tel: (305) 774-6770<br>www.cwssoutheast.org<br><br><u>Palm Beach Office:</u><br>200 Congress Park Drive, Suite 201<br>Delray Beach, FL 33445<br>Tel: (651) 266-0624<br><br><u>Broward Office:</u><br>3215 NW 10th Terr, Suite 209 B<br>Ft. Lauderdale, FL 33309<br>Tel: (954) 689-6466<br><br>• Walk-ins or appointments<br>• Legal Orientation for those in removal proceedings<br>• Asylum, Adjustment of Status, Cancellation of Removal for LPR and non-LPR, waivers, motions, and other applications for relief<br>• All Immigration Matters<br>• Languages: Spanish, Haitian Creole, and other languages arranged | **Americans for Immigrant Justice***<br><br>P.O. Box 520037<br>Miami, FL 33152<br>Tel: (305) 573-1106<br>Fax: (305) 576-6273<br>info@aijustice.org |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

<u>Disclaimer</u>: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Orlando Immigration Court

| Orlando, Florida (page 1 of 2) | |
|---|---|
| **Family and Immigration Rights Center (FIRC)***<br><br>215 E. Fifth Avenue<br>Tallahassee, FL 32303<br><br>P.O. Box 11331<br>Tallahassee, FL 32302<br>Tel: (850) 739-0017<br>info@firclaw.org<br>www.firclaw.org<br><br>• Family and Immigration Rights Center (FIRC) provides no cost representation to unaccompanied children in North Florida, South Georgia, and South Alabama | **ABA Commission on Immigration Detention Information Hotline****<br><br>1050 Connecticut Avenue, NW, Unit 400<br>Washington, DC 20036<br>immcenter@americanbar.org<br>www.americanbar.org/groups/public_interest/immigration/<br><br>• Pro se case assistance for detained respondents only<br>• Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#<br>• To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org<br>• Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 |
| **Orlando Center for Justice***<br><br>1300 N. Semoran Boulevard, Suite 120<br>Orlando, FL 32807<br>Tel: (407) 279-1802<br>Fax: (407) 279-1802<br>help@orlandojustice.org<br>www.orlandojustice.org<br><br>• No walk-ins<br>• Call or email to set up an appointment<br>• Unaccompanied children's cases only (under 18 years old at time of referral) | **Florida Legal Services, Inc.***<br><br>934 N. Magnolia Avenue, Suite 227<br>Orlando, FL 32803<br>Tel: (855) 573-5225<br>laura.pichardo-cruz@floridalegal.org<br><br>• No walk-ins<br>• Please call to make an appointment |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Orlando Immigration Court

| Orlando, Florida (page 2 of 2) | |
|---|---|
| **Kids In Need of Defense (KIND) - Orlando Field Office***<br><br>121 S. Orange Ave., Suite 1500<br>Orlando, FL 32801<br>Tel: (689) 800-7515<br>infoorlando@supportkind.org<br>www.supportkind.org<br><br>• No walk-ins<br>• Call or email to set up appointment<br>• Unaccompanied children's cases only (under 18 years old at time of referral); SIJS; Asylum; U/T Visas<br>• Languages: Spanish (interpretation for other languages available upon request) | **Catholic Charities of Central Florida***<br><br>1771 North Semoran Boulevard, Suite C<br>Orlando, FL 32807<br>Tel: (407) 658-0110<br>Fax: (407) 601-0738<br>legalservices@cflcc.org<br>www.cflcc.org<br><br>• Representation limited to non-detained persons<br>• We are currently focusing on providing services to persons from Cuba, Haiti, Afghanistan, and Ukraine<br>• Languages: Spanish, Portuguese, Haitian Creole, French |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

# GEORGIA

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Atlanta Immigration Court

### Atlanta, Georgia

**Family and Immigration Rights Center (FIRC)***

215 E. Fifth Avenue
Tallahassee, FL 32303

P.O. Box 11331
Tallahassee, FL 32302

Tel: (850) 739-0017
info@firclaw.org
www.firclaw.org

- Family and Immigration Rights Center (FIRC) provides no cost representation to unaccompanied children in North Florida, South Georgia, and South Alabama

**Georgia Asylum and Immigration Network, Inc.***

P.O. Box 56268
Atlanta, GA 30343
Tel: (678) 335-6040
help@georgiaasylum.org
www.georgiaasylum.org

- Please call for an appointment
- Affirmative Asylum, Defensive Asylum, VAWA, U-Visa, T-Visa

**ABA Commission on Immigration Detention Information Hotline****

1050 Connecticut Avenue, NW, Unit 400
Washington, DC 20036
immcenter@americanbar.org
www.americanbar.org/groups/public_interest/immigration/

- Pro se case assistance for detained respondents only
- Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#
- To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org
- Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Stewart Immigration Court

| Lumpkin, Georgia | |
|---|---|
| **Amica Center for Immigrant Rights***<br>(formerly Capital Area Immigrants' Rights (CAIR) Coalition)<br><br>Main Office:<br>1025 Connecticut Avenue NW, Suite 701<br>Washington, DC 20036<br><br>Baltimore Office:<br>1 North Charles Street, Suite 2305<br>Baltimore, MD 21201<br><br>Tel: (202) 331-3320 (Main Line)<br>Tel: (202) 331-3329 (Detention Line)<br>Fax: (202) 331-3341<br><br>For Help with DETAINED ADULTS:<br>Email: adults@caircoalition.org<br><br>www.amicacenter.org<br><br>• Provides immigration legal services to detained adults and children in DC, Maryland, and Virginia<br>• Languages: Spanish with interpretation available for other languages | **ABA Commission on Immigration Detention Information Hotline****<br><br>1050 Connecticut Avenue, NW, Unit 400<br>Washington, DC 20036<br>immcenter@americanbar.org<br>www.americanbar.org/groups/public_interest/immigration/<br><br>• Pro se case assistance for detained respondents only<br>• Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#<br>• To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org<br>• Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081<br><br>**Immigration Justice Campaign****<br><br>2001 L Street NW, Suite 500 #2026<br>Washington, DC 20036<br>Tel: (202) 946-8271<br>justice@immcouncil.org |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

# HAWAII

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Honolulu Immigration Court

### Honolulu, Hawaii

**ABA Commission on Immigration Detention Information Hotline****

1050 Connecticut Avenue, NW, Unit 400
Washington, DC 20036
immcenter@americanbar.org
www.americanbar.org/groups/public_interest/immigration/

- Pro se case assistance for detained respondents only
- Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#
- To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org
- Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081

**The Legal Aid Society of Hawaii***

245 N. Kukui Street, Suite 206
Honolulu, HI 96817
Tel: (808) 380-5235
contacthijc@legalaidhawaii.org
www.legalaidhawaii.org

- Organization may provide assistance to victims of domestic abuse, victims of human trafficking, victims of serious (U qualifying) crimes, lawful permanent residents, COFA immigrants, asylees, and refugees, those with withholding of removal, and others in accordance with 45 CFR § 1626

**The Legal Clinic***

1001 Bishop Street, Suite 1120
Honolulu, HI 96813
Tel: (808) 777-7071
www.tlchawaii.org

**Pacific Gateway Center***

723 C. Umi Street
Honolulu, HI 96819
Tel: (808) 978-4520
ucp@pacificgatewaycenter.org

- Intake hours: 9:00AM-5:00PM Monday-Friday
- No walk-ins
- Please call for an appointment
- Representation limited to juveniles under the age of 18 who have been designated unaccompanied children by the Office of Refugee Resettlement
- Will not represent individuals in detention

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

# ILLINOIS

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Chicago Immigration Court

**Chicago, Illinois (page 1 of 2)**

**National Immigrant Justice Center***

111 W. Jackson Blvd., Suite 800
Chicago, IL 60604

110 East Washington Street
Goshen, IN 46528

615 N. Alabama Street, Suite 126
Indianapolis, IN 46204

Tel: (312) 660-1370
www.immigrantjustice.org

- Individuals who are not detained: contact our hotline at (312) 660-1328 (text message preferred) to request information
- Detained individuals in ICE detention centers: call collect at (312) 583-9721
- Detained Illinois residents: call ICIRR Family Support Network at (855) 435-7693
- Detained Indiana residents: call (773) 672-6599. The hotline is open every other Tuesday between 12:00PM-3:00PM ET

**Western Illinois Dreamers***

204 W. Jefferson Street
Macomb, IL 61455
Tel: (217) 391-6860
legal@westernillinoisdreamers.org
www.westernillinoisdremers.org

- No criminal background

**ABA Commission on Immigration Detention Information Hotline****

1050 Connecticut Avenue, NW, Unit 400
Washington, DC 20036
immcenter@americanbar.org
www.americanbar.org/groups/public_interest/immigration/

- Pro se case assistance for detained respondents only
- Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#
- To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org
- Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081

**Children's Legal Center***

1100 W. Cermak Road, Suite 422
Chicago, IL 60608
Tel: (312) 722-6642
laura@childrenslegalcenterchicago.org

- Represents detained and non-detained children

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Chicago Immigration Court

| Chicago, Illinois (page 2 of 2) | |
|---|---|
| **Law Office of the Cook County Public Defender***<br><br>69 W. Washington Street, Suite 1600<br>Chicago, IL 60602<br>Tel: (312) 603-0636<br>Fax: (773) 404-3306<br>pdimmigrationunit@cookcountyil.gov<br>www.cookcountypublicdefender.org<br><br>• Detained: Cook County, IL residents in ICE custody<br>• Non-detained: Prior/current Public Defender clients only<br>• Please contact us on Wednesdays between 9AM and 11AM at (312) 603-0636<br>• Languages: All staff speak Spanish and have access to an interpreter line | **Migrant & Immigrant Community Action (MICA) Project***<br><br>2650 Cherokee Street<br>St. Louis, MO 63118<br>Tel: (314) 995-6995<br>Fax: (314) 735-4359<br>info@mica-project.org<br>www.mica-project.org<br><br>• Accepts clients from eastern half of MO and Southern IL |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Chicago Immigration Court Juvenile Docket

| Chicago, Illinois |
| --- |
| **Children's Legal Center*** <br><br> 1100 W. Cermak Road, Suite 422 <br> Chicago, IL 60608 <br> Tel: (312) 722-6642 <br> laura@childrenslegalcenterchicago.org <br><br> • Represents detained and non-detained children |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

# INDIANA

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Indianapolis Immigration Court

| Indianapolis, Indiana | |
|---|---|
| **National Immigrant Justice Center***<br><br>110 E. Washington Street<br>Goshen, IN 46528<br>Tel: (312) 660-1370<br>nijcild@immigrantjustice.org<br><br>• Detained immigrants may call collect at (312) 583-9721 or use the pro bono platform and NIJC's 3-digit code: 565 | **ABA Commission on Immigration Detention Information Hotline****<br><br>1050 Connecticut Avenue, NW, Unit 400<br>Washington, DC 20036<br>immcenter@americanbar.org<br>www.americanbar.org/groups/public_interest/immigration/<br><br>• Pro se case assistance for detained respondents only<br>• Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#<br>• To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org<br>• Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 |
| **Law Office of the Cook County Public Defender***<br><br>69 W. Washington Street, Suite 1600<br>Chicago, IL 60602<br>Tel: (312) 603-0636<br>Fax: (773) 404-3306<br>pdimmigrationunit@cookcountyil.gov<br>www.cookcountypublicdefender.org<br><br>• Cook County, IL residents in ICE custody only | |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

# LOUISIANA

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## LaSalle Immigration Court

| Jena, Louisiana | |
|---|---|
| **ABA Commission on Immigration Detention Information Hotline****<br><br>1050 Connecticut Avenue, NW, Unit 400<br>Washington, DC 20036<br>immcenter@americanbar.org<br>www.americanbar.org/groups/public_interest/immigration/<br><br>• Pro se case assistance for detained respondents only<br>• Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#<br>• To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org<br>• Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 | **ISLA: Immigration Services and Legal Advocacy***<br><br>3801 Canal Street, Suite 210<br>New Orleans, LA 70119<br>Tel: (504) 265-0416<br>admin@islaimmigration.org<br><br>• No walk-ins<br>• Please call for an appointment<br><br>**Advocates for Immigrant Rights***<br><br>815 N. McLean Blvd., Third Floor<br>Memphis, TN 38107<br>Tel: (901) 729-9560<br>Fax: (901) 432-2685<br>advocates@airlegal.org<br>www.airlegal.org<br><br>• For calls from detention, dial: (901) 206-4440 |
| **Immigration Justice Campaign****<br><br>2001 L Street NW, Suite 500 #2026<br>Washington, DC 20036<br>Tel: (202) 946-8271<br>justice@immcouncil.org | |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## New Orleans Immigration Court

| New Orleans, Louisiana |
| --- |
| **Loyola University New Orleans College of Law,**<br>Stuart H. Smith Law Clinic*<br><br>7214 St. Charles Avenue, Box 902<br>New Orleans, LA 70118<br>Tel: (504) 861-5590<br>Fax: (504) 861-5532<br>hkusuda@loyno.edu<br>www.law.loyno.edu/centers/stuart-h-smith-law-clinic<br><br>• All matters including asylum, withholding of removal, and relief under UN Convention Against Torture<br>• Appearance/representation limited to academic semester |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Oakdale Immigration Court

| Oakdale, Louisiana | |
|---|---|
| **ABA Commission on Immigration Detention Information Hotline****<br><br>1050 Connecticut Avenue, NW, Unit 400<br>Washington, DC 20036<br>immcenter@americanbar.org<br>www.americanbar.org/groups/public_interest/immigration/<br><br>• Pro se case assistance for detained respondents only<br>• Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#<br>• To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org<br>• Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 | **ISLA: Immigration Services and Legal Advocacy***<br><br>3801 Canal Street, Suite 210<br>New Orleans, LA 70119<br>Tel: (504) 265-0416<br>admin@islaimmigration.org<br><br>• No walk-ins<br>• Please call for an appointment<br><br>**Advocates for Immigrant Rights***<br><br>P.O. Box 41734<br>Memphis, TN 38174<br>Tel: (901) 729-9560<br>Fax: (901) 432-2685<br>advocates@airlegal.org |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

# MARYLAND

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Baltimore Immigration Court

### Baltimore, Maryland (page 1 of 2)

**Kids In Need of Defense (KIND) - Baltimore Field Office***

1 South Street, Suite 1100
Baltimore, MD 21202
Tel: (410) 646-8007
Fax: (410) 646-8019
infobaltimore@supportkind.org
www.supportkind.org

- KIND only represents unaccompanied children/ KIND solo representa a niños no acompañados
- No walk-ins; Please call to schedule an appointment
- No se atiende sin cita; Favor de llamar para hacer una cita

**Immigration Legal Services, Esperanza Center, Catholic Charities of Baltimore***

430 S. Broadway
Baltimore, MD 21231
Tel: (667) 600-2922
Fax: (667) 600-4026
ilsinfo@cc-md.org
www.cc-md.org/esperanza

- Pro bono services for victims of crime and most unaccompanied minors
- Family and humanitarian-based immigration legal services for nominal fee, with fee waiver available
- Pro bono case placement and mentorship

**Center for Applied Legal Studies, Georgetown Law***

600 New Jersey Avenue NW
Washington, DC 20001
Tel: (202) 622-9100
Lawcalsclinic@georgetown.edu

- Asylum cases only

**Human Rights First****

825 21st Street NW, PMB 253
Washington, DC 20006
Tel: (212) 845-5200
Fax: (202) 217-2661
Dcprobono@humanrightsfirst.org
www.humanrightsfirst.org/asylum/asylum-seekers-and-potential-clients

- Represents indigents individuals and families seeking asylum
- To request assistance, please call our office at (212) 845-5200 and leave a voice message. You may also send us an email at dcprobono@humanrightsfirst.org. Please include your contact information and a brief message describing the circumstances of your case. A staff member will contact you to schedule a screening.
- No walk-ins
- Languages: Spanish and others as needed

**HIAS (Silver Spring)***

1300 Spring Street, Suite 500
Silver Spring, MD 20910
Tel: (301) 844-7248
www.hias.org

- Must fear return to country of origin
- No walk-ins
- Schedule a consultation by calling (301) 844-7248 on the first Friday of each month
- Languages: Spanish, Farsi/Dari, Pashto, and interpreters available

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Baltimore Immigration Court

| Baltimore, Maryland (page 2 of 2) | |
|---|---|
| **Amica Center for Immigrant Rights***<br>(formerly Capital Area Immigrants' Rights (CAIR) Coalition)<br><br>Main Office:<br>1025 Connecticut Avenue NW, Suite 701<br>Washington, DC 20036<br>Tel: (202) 331-3320 (Main Line)<br>Tel: (202) 331-3329 (Detention Line)<br>Fax: (202) 331-3341<br>www.amicacenter.org<br><br>To refer someone who is DETAINED:<br>Complete this form: www.amicacenter.org/get-help<br>Spanish: www.amicacenter.org/es/obtenga/ayuda<br><br>• Provides immigration legal services to detained adults and children in DC, Maryland, and Virginia | **ABA Commission on Immigration Detention Information Hotline****<br><br>1050 Connecticut Avenue, NW, Unit 400<br>Washington, DC 20036<br>immcenter@americanbar.org<br>www.americanbar.org/groups/public_interest/immigration/<br><br>• Pro se case assistance for detained respondents only<br>• Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#<br>• To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org<br>• Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Baltimore Immigration Court Juvenile Docket

### Baltimore, Maryland

**Kids In Need of Defense (KIND) - Baltimore Field Office***

1 South Street, Suite 1100
Baltimore, MD 21202
Tel: (410) 646-8007
Fax: (410) 646-8019
infobaltimore@supportkind.org
www.supportkind.org

- KIND only represents unaccompanied children/ KIND solo representa a niños no acompañados
- No walk-ins; Please call to schedule an appointment
- No se atiende sin cita; Favor de llamar para hacer una cita

**Immigration Legal Services, Esperanza Center, Catholic Charities of Baltimore***

430 S. Broadway
Baltimore, MD 21231
Tel: (667) 600-2922
Fax: (667) 600-4026
ilsinfo@cc-md.org
www.cc-md.org/esperanza

- Pro bono services for victims of crime and most unaccompanied minors
- Family and humanitarian-based immigration legal services for nominal fee, with fee waiver available
- Pro bono case placement and mentorship

**Amica Center for Immigrant Rights***
(formerly Capital Area Immigrants' Rights (CAIR) Coalition)

Main Office:
1025 Connecticut Avenue NW, Suite 701
Washington, DC 20036
Tel: (202) 331-3320 (Main Line)
Tel: (202) 331-3329 (Detention Line)
Fax: (202) 331-3341
www.amicacenter.org

To refer someone who is DETAINED:
Complete this form: www.amicacenter.org/get-help
Spanish: www.amicacenter.org/es/obtenga/ayuda

- Provides immigration legal services to detained adults and children in DC, Maryland, and Virginia

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Hyattsville Immigration Court

**Hyattsville, Maryland (page 1 of 2)**

**Amica Center for Immigrant Rights***
(formerly Capital Area Immigrants' Rights (CAIR) Coalition)

Main Office:
1025 Connecticut Avenue NW, Suite 701
Washington, DC 20036

Baltimore Office:
1 North Charles Street, Suite 2305
Baltimore, MD 21201

Tel: (202) 331-3320 (Main Line)
Tel: (202) 331-3329 (Detention Line)
Fax: (202) 331-3341

For Help with DETAINED ADULTS:
Email: adults@caircoalition.org

For Help with DETAINED CHILDREN:
Email: children@caircoalition.org

www.amicacenter.org

- Provides immigration legal services to detained adults and children in DC, Maryland, and Virginia
- Languages: Spanish with interpretation available for other languages

**Kids In Need of Defense (KIND) - Baltimore Field Office***

1 South Street, Suite 1100
Baltimore, MD 21202
Tel: (410) 646-8007
Fax: (410) 646-8019
infobaltimore@supportkind.org
www.supportkind.org

- KIND only represents unaccompanied children/ KIND solo representa a niños no acompañados
- No walk-ins; Please call to schedule an appointment
- No se atiende sin cita; Favor de llamar para hacer una cita

**Human Rights First****

825 21st Street NW, PMB 253
Washington, DC 20006
Tel: (212) 845-5200
Fax: (202) 217-2661
Dcprobono@humanrightsfirst.org
www.humanrightsfirst.org/asylum/asylum-seekers-and-potential-clients

- Represents indigents individuals and families seeking asylum
- To request assistance, please call our office at (212) 845-5200 and leave a voice message. You may also send us an email at dcprobono@humanrightsfirst.org. Please include your contact information and a brief message describing the circumstances of your case. A staff member will contact you to schedule a screening.
- No walk-ins
- Languages: Spanish and others as needed

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Hyattsville Immigration Court

| Hyattsville, Maryland (page 2 of 2) | |
|---|---|
| **Kids In Need of Defense (KIND)***<br><br>Washington, DC Office:<br>1411 K Street, Suite 200<br>Washington, DC 20005<br>Tel: (202) 670-3585<br>Fax: (202) 640-2609<br>infodc@supportkind.org<br>www.supportkind.org<br><br>• KIND only represents minors and unaccompanied children/KIND ayuda a menores de edad y niño/as no- acompañados<br>• KIND's Washington, DC office provides legal services to children living in Washington, DC | **HIAS (Silver Spring)***<br><br>1300 Spring Street, Suite 500<br>Silver Spring, MD 20190<br>Tel: (301) 844-7248<br>www.hias.org<br><br>• Must fear return to country of origin<br>• No walk-ins. Contact legal intake line at (301) 844-7248 on the first Friday of each month between 9AM and 3PM<br>• Languages: Interpreters available |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

# MASSACHUSETTS

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Boston Immigration Court

**Boston, Massachusetts (page 1 of 2)**

**Political Asylum/Immigration Representation Project (PAIR)***

98 North Washington Street, Suite 106
Boston, MA 02114
Tel: (617) 742-9296
Fax: (617) 742-9385
info@pairproject.org
www.pairproject.org

- Clients must meet income eligibility guidelines
- Asylum applicants, unaccompanied minors, U/T Visa, and detained asylum seekers on a limited basis
- Phone intake for detainees, asylum seekers, and families from 1PM-3PM, Monday-Thursday
- Detained individuals can email PAIR at detention@pairproject.org
- Legal presentation and intake conducted at local correctional facilities with ICE units from the Plymouth County Correctional Facility, MA and Donald W. Wyatt Detention Facility, RI

**De Novo Center for Justice and Healing***

47 Thorndike Street, SB-LL-1
Cambridge, MA 02141
Tel: (617) 661-1010
Fax: (617) 661-1011
jfroio@denovo.org
www.denovo.org

**Kids In Need of Defense (KIND) - Boston Field Office***

Boston Field Office:
11 Beacon Street, Suite 820
Boston, MA 02108
Tel: (617) 207-4138
Fax: (617) 336-7438
infoboston@supportkind.org
www.supportkind.org

- KIND only represents unaccompanied children
- KIND solo representa a ninos y ninas no-acompanados/as
- No walk-ins, please call to schedule an appointment
- No se atiende sin cita; favor de llamar para hacer una cita

**Mabel Center for Immigrant Justice***

200 Portland Street 5th Floor
Boston, MA 02114
Tel: (617) 417-4325
www.mabelcenter.org

- Language: Spanish; Se habla español
- Non-detained & Defensive Asylum cases only
- Call (617) 417-4325 for an intake

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Boston Immigration Court

| Boston, Massachusetts (page 2 of 2) | |
|---|---|
| **ABA Commission on Immigration Detention Information Hotline****<br><br>1050 Connecticut Avenue, NW, Unit 400<br>Washington, DC 20036<br>immcenter@americanbar.org<br>www.americanbar.org/groups/public_interest/immigration/<br><br>• Pro se case assistance for detained respondents only<br>• Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#<br>• To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org<br>• Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 | **IFSI - USA (Immigrant Family Services Institute, Inc.)***<br><br>1626 Blue Hill Avenue<br>Mattapan, MA 02126<br>Tel: (617) 322-1348<br>info@ifsi-usa.org<br><br>• Pro se asylum applications<br>• Languages: Haitian Creole, French, English, and Spanish |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Boston Immigration Court Juvenile Docket

| Boston, Massachusetts | |
|---|---|
| **Kids In Need of Defense (KIND) - Boston Field Office*** | **De Novo Center for Justice and Healing*** |
| <u>Boston Field Office:</u><br>11 Beacon Street, Suite 820<br>Boston, MA 02108<br>Tel: (617) 207-4138<br>Fax: (617) 336-7438<br>infoboston@supportkind.org<br>www.supportkind.org<br><br>• KIND only represents unaccompanied children<br>• KIND solo representa a ninos y ninas no-acompanados/as<br>• No walk-ins, please call to schedule an appointment<br>• No se atiende sin cita; favor de llamar para hacer una cita | 47 Thorndike Street, SB-LL-1<br>Cambridge, MA 02141<br>Tel: (617) 661-1010<br>Fax: (617) 661-1011<br>jfroio@denovo.org<br>www.denovo.org |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

<u>Disclaimer</u>: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Chelmsford Immigration Court

### Chelmsford, Massachusetts (page 1 of 2)

**ABA Commission on Immigration Detention Information Hotline****

1050 Connecticut Avenue, NW, Unit 400
Washington, DC 20036
immcenter@americanbar.org
www.americanbar.org/groups/public_interest/immigration/

- Pro se case assistance for detained respondents only
- Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#
- To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org
- Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081

**Immigrant Legal Advocacy Project (ILAP)***

489 Congress Street, 3rd Floor
Portland, ME 04101
Tel: (207) 780-1593
Fax: (207) 699-2313
info@ilapmaine.org
www.ilapmaine.org

- Representation in asylum, U/T, SIJ, VAWA
- Representation in removal proceedings
- Pro se immigration forms assistance and consultations
- Representation limited to residents of Maine

**Political Asylum/Immigration Representation Project (PAIR)***

98 North Washington Street, Suite 106
Boston, MA 02114
Tel: (617) 742-9296
Fax: (617) 742-9385
info@pairproject.org
www.pairproject.org

- Clients must meet income eligibility guidelines
- Asylum applicants, unaccompanied minors, U/T Visa, and detained asylum seekers on a limited basis
- Phone intake for detainees and families from 1PM-3PM, Monday-Thursday
- Know your rights presentations conducted at local correctional facilities with ICE units from the Plymouth County Correctional Facility, MA and Donald W. Wyatt Detention Facility, RI

**Central West Justice Center - An affiliate of Community Legal Aid***

370 Main Street, Suite 200
Worcester, MA 01608
Tel: (855) 252-5342
www.communitylegal.org

- Serves low-income residents of Central & Western Massachusetts

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Chelmsford Immigration Court

| **Chelmsford, Massachusetts (page 2 of 2)** | |
|---|---|
| **Kids In Need of Defense (KIND) - Boston Field Office*** <br><br> Boston Field Office: <br> 11 Beacon Street, Suite 820 <br> Boston, MA 02108 <br> Tel: (617) 207-4138 <br> Fax: (617) 336-7438 <br> infoboston@supportkind.org <br><br> Providence Field Office: <br> 225 Dyer Street, 2nd Floor <br> Providence, RI 02903 <br> Tel: (401) 259-0353 <br> infoprovidence@supportkind.org <br><br> • KIND only represents unaccompanied children <br> • KIND solo representa a ninos y ninas no-acompanados/as <br> • No walk-ins, please call to schedule an appointment <br> • No se atiende sin cita; favor de llamar para hacer una cita | **IFSI - USA (Immigrant Family Services Institute, Inc.)*** <br><br> 1626 Blue Hill Avenue <br> Mattapan, MA 02126 <br> Tel: (617) 322-1348 <br> info@ifsi-usa.org <br><br> • Pro se asylum applications <br> • Languages: Haitian Creole, French, English, and Spanish |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

# MICHIGAN

## Detroit Immigration Court

| Detroit, Michigan | |
|---|---|
| **ABA Commission on Immigration Detention Information Hotline****<br><br>1050 Connecticut Avenue, NW, Unit 400<br>Washington, DC 20036<br>immcenter@americanbar.org<br>www.americanbar.org/groups/public_interest/immigration/<br><br>• Pro se case assistance for detained respondents only<br>• Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#<br>• To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org<br>• Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 | **Michigan Immigrant Rights Center***<br><br>7700 Second Avenue, Suite 603<br>Detroit, MI 48202<br>Tel: (734) 239-6863<br>Fax: (734) 998-9125<br>www.michiganimmigrant.org/<br><br>• No walk-in intake available<br>• Please call for an appointment<br>• Instructions for detained callers on MIRC website and posted in jails<br>• Intake hours: 9AM-5PM (Monday - Thursday)<br>• Detainees call (734) 794-9963 9AM-5PM (Monday - Friday) |

# MINNESOTA

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Fort Snelling Immigration Court

### Fort Snelling, Minnesota

**South Dakota Voices for Peace***

P.O. Box 600
Sioux Falls, SD 57101
Tel: (605) 782-9560
Fax: (612) 341-2971
info@southdakotavoicesforpeace.org
www.sdvfpeace.org

- Will assist UAC and victims of crimes
- Will not represent individuals in detention
- No criminal cases
- Intake hours Monday-Friday, 9AM-5PM
- Primary residence must be located in South Dakota
- Languages: Spanish, interpreters for other languages available upon request

**ABA Commission on Immigration Detention Information Hotline****

1050 Connecticut Avenue, NW, Unit 400
Washington, DC 20036
immcenter@americanbar.org
www.americanbar.org/groups/public_interest/immigration/

- Pro se case assistance for detained respondents only
- Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#
- To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org
- Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081

**The Advocates for Human Rights***

330 Second Avenue South, Suite 800
Minneapolis, MN 55401
Tel: (612) 341-3302
hrights@advrights.org
www.theadvocatesforhumanrights.org

- No walk-ins
- Intake hours: Tuesday 10AM-12PM and Thursday 12PM-2PM by phone (612) 341-9845 or online at www.theadvocatesforhumanrights.org
- Asylum, Survivors of Trafficking, Unaccompanied Minors, Detention
- Limited to residents of MN, ND, and SD

**Immigrant Law Center of Minnesota***

450 North Syndicate, Suite 200
St. Paul, MN 55104
Tel: (651) 641-1011
Fax: (651) 641-1131
oficinalegal@ilcm.org
www.ilcm.org

- Represent low-income immigrants of any nationality detained or residing in MN
- ICE detainees can check website or call (651) 641-1011 for detention line schedule
- Limited capacity
- Languages: Spanish and Karen

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Fort Snelling Immigration Court Juvenile Docket

**Fort Snelling, Minnesota**

**South Dakota Voices for Peace***

P.O. Box 600
Sioux Falls, SD 57101
Tel: (605) 782-9560
Fax: (612) 341-2971
info@southdakotavoicesforpeace.org
www.sdvfpeace.org

- Will assist UAC and victims of crimes
- Will not represent individuals in detention
- No criminal cases
- Intake hours Monday-Friday, 9AM-5PM
- Primary residence must be located in South Dakota
- Languages: Spanish, interpreters for other languages available upon request

**Immigrant Law Center of Minnesota***

450 North Syndicate, Suite 200
St. Paul, MN 55104
Tel: (651) 641-1011
Fax: (651) 641-1131
oficinalegal@ilcm.org
www.ilcm.org

- Represent low-income immigrants of any nationality detained or residing in MN
- ICE detainees can check website or call (651) 641-1011 for detention line schedule
- Limited capacity
- Languages: Spanish and Karen

**The Advocates for Human Rights***

330 Second Avenue South, Suite 800
Minneapolis, MN 55401
Tel: (612) 341-9845
www.theadvocatesforhumanrights.org

- No walk-ins
- Intake hours: Tuesday 10AM-12PM and Thursday 12PM-2PM by phone (612) 341-9845 or online at www.theadvocatesforhumanrights.org
- Asylum, Survivors of Trafficking, Unaccompanied Minors, Detention
- Limited to residents of MN, ND, and SD

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

<u>Disclaimer</u>: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

# MISSOURI

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Kansas City Immigration Court

### Kansas City, Missouri

**St. Francis Community Services / Catholic Legal Assistance Ministry (SFCS/CLAM)***

100 N. Tucker Blvd., Suite 726
Saint Louis, MO 63101-1915
Tel: (314) 977-2775
Fax: (314) 977-3334
sfcsstl.org

- Limited to low-income individuals living in counties of the Archdiocese of Saint Louis
- Languages: Spanish and Arabic

**Migrant & Immigrant Community Action (MICA) Project***

2650 Cherokee Street
Saint Louis, MO 63118
Tel: (314) 995-6995
Fax: (314) 735-4359
info@mica-project.org
www.mica-project.org

- Accepts clients from eastern half of MO and Southern IL

**ABA Commission on Immigration Detention Information Hotline****

1050 Connecticut Avenue, NW, Unit 400
Washington, DC 20036
immcenter@americanbar.org
www.americanbar.org/groups/public_interest/immigration/

- Pro se case assistance for detained respondents only
- Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#
- To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org
- Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Kansas City Immigration Court Juvenile Docket

| Kansas City, Missouri |
|---|
| **St. Francis Community Services / Catholic Legal Assistance Ministry (SFCS/CLAM)***<br><br>100 N. Tucker Blvd., Suite 726<br>Saint Louis, MO 63101-1915<br>Tel: (314) 977-2775<br>Fax: (314) 977-3334<br>sfcsstl.org<br><br>• Limited to low-income individuals living in counties of the Archdiocese of Saint Louis<br>• Languages: Spanish and Arabic |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

# NEBRASKA

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Omaha Immigration Court

| Omaha, Nebraska | |
|---|---|
| **ABA Commission on Immigration Detention Information Hotline****<br><br>1050 Connecticut Avenue, NW, Unit 400<br>Washington, DC 20036<br>immcenter@americanbar.org<br>www.americanbar.org/groups/public_interest/immigration/<br><br>• Pro se case assistance for detained respondents only<br>• Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#<br>• To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org<br>• Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 | **Nebraska Immigration Legal Assistance Hotline****<br><br>4223 Center Street<br>Omaha, NE 68105<br>Tel: 1 (855) 307-6730<br>www.ciraconnect.org/contact-us/<br><br>• NILAH is a centralized hotline for low-income individuals seeking immigration legal assistance<br>• NILAH access specialists are bilingual in English and Spanish and they have access to the Language Line to communicate with callers who speak other languages<br>• NILAH screens callers who may need representation in removal proceedings, humanitarian or family-based immigration applications<br>• Languages: Spanish and English, and 240+ languages through the Language Line |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Omaha Immigration Court Juvenile Docket

| Omaha, Nebraska |
|---|
| **Nebraska Immigration Legal Assistance Hotline****<br><br>4223 Center Street<br>Omaha, NE 68105<br>Tel: 1 (855) 307-6730<br>www.ciraconnect.org/contact-us/<br><br>• NILAH is a centralized hotline for low-income individuals seeking immigration legal assistance<br>• NILAH access specialists are bilingual in English and Spanish and they have access to the Language Line to communicate with callers who speak other languages<br>• NILAH screens callers who may need representation in removal proceedings, humanitarian or family-based immigration applications<br>• Languages: Spanish and English, and 240+ languages through the Language Line |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

# NEVADA

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Las Vegas Immigration Court

### Las Vegas, Nevada

**UNLV Immigration Clinic***

Physical Address:
1212 Casino Center Blvd.
Las Vegas, Nevada 89104

Mailing Address:
P.O. Box 71075
Las Vegas, NV 89170-1075

Tel: (702) 895-3000
immigrationclinic@unlv.nevada.edu
www.law.unlv.edu/clinics/immigration

- Unaccompanied children
- People in immigration (ICE) detention
- Members of the University of Las Vegas Community

**Catholic Charities of Southern Nevada, Immigration Services***

1511 Las Vegas Blvd. North
Las Vegas, NV 89101
Tel: (702) 383-8387
Fax: (702) 436-1579
immigration@catholiccharities.com
www.catholiccharities.com

- Will represent respondents in asylum proceedings

**ABA Commission on Immigration Detention Information Hotline****

1050 Connecticut Avenue, NW, Unit 400
Washington, DC 20036
immcenter@americanbar.org
www.americanbar.org/groups/public_interest/immigration/

- Pro se case assistance for detained respondents only
- Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#
- To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org
- Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081

**Legal Aid Center of Southern Nevada***

725 E. Charleston Blvd.
Las Vegas, NV 89104
Tel: (702) 386-1070 ext. 1443
info@lacsn.org
www.lacsn.org

- Specializes in children's cases

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

# NEW JERSEY

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Elizabeth Immigration Court

**Elizabeth, New Jersey (page 1 of 2)**

**ABA Commission on Immigration Detention Information Hotline****

1050 Connecticut Avenue, NW, Unit 400
Washington, DC 20036
immcenter@americanbar.org
www.americanbar.org/groups/public_interest/immigration/

- Pro se case assistance for detained respondents only
- Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#
- To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org
- Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081

**Legal Services of New Jersey***

100 Metroplex Drive, Suite 101
Edison, NJ 08817
Tel: (732) 572-9100 ext. 8782
Fax: (732) 777-7070
www.lsnj.org or lsnjlawhotline.org

- Criminal law specialty (42A, 212(c), 212(h), challenging charges, etc.)
- Initial intake by phone or in person at detention center only
- No walk-ins
- Interpreters available
- Advice and relevant pro se assistance provided, at a minimum
- Habeas matters

**Human Rights First****

147 W. 36th Street, PMB 520
New York, NY 10018
Tel: (212) 845-5200
Fax: (212) 898-1301
Nyprobono@humanrightsfirst.org
www.humanrightsfirst.org/asylum/asylum-and refugee-representation#rep-contact

- Represents indigent individuals and families seeking asylum
- No walk-ins. To receive assistance, please call our front desk at (212) 845-5200
- Languages: Spanish, French, Arabic, and others as needed

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Elizabeth Immigration Court

| Elizabeth, New Jersey (page 2 of 2) | |
|---|---|
| **Amica Center for Immigrant Rights***<br>(formerly Capital Area Immigrants' Rights (CAIR) Coalition)<br><br>Main Office:<br>1025 Connecticut Avenue NW, Suite 701<br>Washington, DC 20036<br><br>Baltimore Office:<br>1 North Charles Street, Suite 2305<br>Baltimore, MD 21201<br><br>Tel: (202) 331-3320 (Main Line)<br>Tel: (202) 331-3329 (Detention Line)<br>Fax: (202) 331-3341<br><br>For Help with DETAINED ADULTS:<br>Email: adults@caircoalition.org<br><br>www.amicacenter.org<br><br>• Provides immigration legal services to detained adults and children in DC, Maryland, and Virginia<br>• Languages: Spanish with interpretation available for other languages | **American Friends Service Committee - Immigrant Rights Program***<br><br>570 Broad Street, Suite 1003<br>Newark, NJ 07102<br>Tel: (973) 643-1924<br>www.afsc.org/programs/new-jersey-immigrant-rights<br><br>• Non-detained NJ removal cases<br>• No walk-ins please/Por favor no venga a la oficina en persona sin cita<br>• Languages: English, Spanish, French |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Elizabeth Immigration Court Juvenile Docket

| Elizabeth, New Jersey |
|---|
| **American Friends Service Committee - Immigrant Rights Program*** <br><br> 570 Broad Street, Suite 1003<br>Newark, NJ 07102<br>Tel: (973) 643-1924<br>www.afsc.org/programs/new-jersey-immigrant-rights<br><br>• Non-detained NJ removal cases<br>• No walk-ins please/Por favor no venga a la oficina en persona sin cita<br>• Languages: English, Spanish, French |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Newark Immigration Court

### Newark, New Jersey (page 1 of 3)

**Legal Services of New Jersey***

100 Metroplex Drive, Suite 101
Edison, NJ 08817
Tel: (732) 572-9100 ext. 8782
Fax: (732) 777-7070
www.lsnj.org or lsnjlawhotline.org

- Criminal law specialty (42A, 212(c), 212(h), challenging charges, etc.)
- Initial intake by phone or in person at detention center only
- No walk-ins
- Interpreters available
- Advice and relevant pro se assistance provided, at a minimum
- Habeas matters

**Casa de Esperanza***

213 West Union Avenue
Bound Brook, NJ 08805
Tel: (732) 748-1111
frontdesk1@casaesperanzanj.com
www.casaesperanzanj.org

- Please call for an appointment
- Representation limited to residents of New Jersey
- Will not represent persons with criminal cases nor those in detention
- Specialize in: Removal Proceedings, Special Immigrant Juvenile Status, TPS, DACA, Family, Naturalization
- Languages: English, Spanish, and ASL/Signed English

**Human Rights First****

147 W. 36th Street, PMB 520
New York, NY 10018
Tel: (212) 845-5200
Fax: (212) 898-1301
Nyprobono@humanrightsfirst.org
www.humanrightsfirst.org/asylum/asylum-and refugee-representation#rep-contact

- Represents indigent individuals and families seeking asylum
- No walk-ins. To receive assistance, please call our front desk at (212) 845-5200
- Languages: Spanish, French, Arabic, and others as needed

**American Military Families Immigration Services, Inc. (AMFIS)***

1177 Clinton Avenue, Suite 100
Irvington, NJ 07111
Tel: (973) 264-1111
Fax: (973) 264-1183
amfisinfo@gmail.com

- American Military Families Immigration Services, Inc. (AMFIS) is available to provide free legal services for individuals scheduled for Credible Fear Interviews and/or Asylum Merits Interviews

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Newark Immigration Court

### Newark, New Jersey (page 2 of 3)

**New Jersey Consortium for Immigrant Children***

Tel: (201) 305-9217
legal@njcic.org
www.njcic.org

- Services are limited to children under age 21
- We strongly encourage referrals using our web form at www.njcic.org. If unable to use the web form, you may contact us by phone on Mondays 1PM-4:30PM, Wednesdays 1PM-4:30PM, and Fridays 9:30AM-1PM
- No walk-ins
- Languages: Spanish, Portuguese, telephonic interpretation for other languages
- Los servicios estan limitados a ninos menores de 21 anos
- Recomendamos que usen nuestro formulario en linea para enviar un referido. Si no pueden enviar un refirado en linea, se pueden comunicar con nostros por telefono los lunes 1PM-4:30PM, miercoles 1PM-4:30PM, y viernes 9:30AM-1PM
- No se aceptan visitas sin cita previa
- Idiomas: Espanol y Portugues, interpretacion telefonica para otros idiomas

**American Friends Service Committee - Immigrant Rights Program***

570 Broad Street, Suite 1003
Newark, NJ 07102
Tel: (973) 643-1924
www.afsc.org/programs/new-jersey-immigrant-rights

- Non-detained NJ removal cases
- No walk-ins please/Por favor no venga a la oficina en persona sin cita
- Languages: English, Spanish, French

**Kids In Need of Defense (KIND) - Newark***

50 Park Place, Suite 1401
Newark, NJ 07102
Tel: (862) 304-5680
infonewark@supportkind.org
www.supportkind.org

- KIND provides free legal services to unaccompanied children who live in the state of New Jersey
- Services by appointment only
- Languages: English and Spanish

**Camden Center for Law and Social Justice***

126 N. Broadway
Camden, NJ 08102
Tel: (856) 583-2950
Fax: (856) 583-2955
info@cclsj.org
www.cclsj.org

- Spanish Speaking staff
- Please call to schedule an appointment as we can only meet with clients who have an appointment scheduled

**Dream Alive Foundation of NJ***

101 Rte. 130 S, Suite 106 Adams Building
Cinnaminson, NJ 08077
Tel: (856) 314-8435
dreamalivefoundationofnj@gmail.com

- Will not represent individuals in detention
- Will not represent individuals with criminal cases
- No walk-ins, please call for an appointment

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

<u>Disclaimer</u>: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Newark Immigration Court

| Newark, New Jersey (page 3 of 3) |
|---|
| **Catholic Charities of the Archdiocese of Newark*** <br><br> 976 Broad Street<br>Newark, NJ 07102<br>Tel: (973) 733-3516<br>Fax: (973) 733-9631<br>immigration@ccannj.org<br>www.ccannj.org<br><br>• **Families** on dedicated dockets may contact Catholic Charities of Newark at (973) 733-3516 for **free information** about the immigration court process, possible legal options, and how to find legal representation.<br>• Languages: Spanish, French, Haitian Creole, and Portuguese |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Newark Immigration Court Juvenile Docket

**Newark, New Jersey (page 1 of 2)**

**American Friends Service Committee - Immigrant Rights Program***

570 Broad Street, Suite 1003
Newark, NJ 07102
Tel: (973) 643-1924
www.afsc.org/programs/new-jersey-immigrant-rights

- Non-detained NJ removal cases
- No walk-ins please/Por favor no venga a la oficina en persona sin cita
- Languages: English, Spanish, French

**New Jersey Consortium for Immigrant Children***

Tel: (201) 305-9217
legal@njcic.org
www.njcic.org

- Services are limited to children under age 21
- We strongly encourage referrals using our web form at www.njcic.org. If unable to use the web form, you may contact us by phone on Mondays 1PM-4:30PM, Wednesdays 1PM-4:30PM, and Fridays 9:30AM-1PM
- No walk-ins
- Languages: Spanish, Portuguese, telephonic interpretation for other languages
- Los servicios estan limitados a ninos menores de 21 anos
- Recomendamos que usen nuestro formulario en linea para enviar un referido. Si no pueden enviar un refirado en linea, se pueden comunicar con nostros por telefono los lunes 1PM-4:30PM, miercoles 1PM-4:30PM, y viernes 9:30AM-1PM
- No se aceptan visitas sin cita previa
- Idiomas: Espanol y Portugues, interpretacion telefonica para otros idiomas

**Camden Center for Law and Social Justice***

126 N. Broadway
Camden, NJ 08102
Tel: (856) 583-2950
Fax: (856) 583-2955
info@cclsj.org
www.cclsj.org

- Spanish Speaking staff
- Please call to schedule an appointment as we can only meet with clients who have an appointment scheduled

**Kids In Need of Defense (KIND) - Newark***

50 Park Place, Suite 1401
Newark, NJ 07102
Tel: (862) 304-5680
infonewark@supportkind.org
www.supportkind.org

- KIND provides free legal services to unaccompanied children who live in the state of New Jersey
- Services by appointment only
- Languages: English and Spanish

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Newark Immigration Court Juvenile Docket

**Newark, New Jersey (page 2 of 2)**

**Catholic Charities of the Archdiocese of Newark***

976 Broad Street
Newark, NJ 07102
Tel: (973) 733-3516
Fax: (973) 733-9631
immigration@ccannj.org
www.ccannj.org

- **Families** on dedicated dockets may contact Catholic Charities of Newark at (973) 733-3516 for **free information** about the immigration court process, possible legal options, and how to find legal representation.
- Languages: Spanish, French, Haitian Creole, and Portuguese

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

# NEW MEXICO

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Otero Immigration Court

| Otero, New Mexico | |
|---|---|
| **ABA Commission on Immigration Detention Information Hotline****<br><br>1050 Connecticut Avenue, NW, Unit 400<br>Washington, DC 20036<br>immcenter@americanbar.org<br>www.americanbar.org/groups/public_interest/immigration/<br><br>• Pro se case assistance for detained respondents only<br>• Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#<br>• To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org<br>• Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 | **New Mexico Immigrant Law Center***<br><br>625 Silver Avenue SW, Suite 410<br>Albuquerque, NM 87102<br>Tel: (505) 247-1023<br>Fax: (505) 633-8056<br>info@nmilc.org<br>www.nmilc.org<br><br>**Las Americas Immigrant Advocacy Center***<br><br>1500 E. Yandell Drive<br>El Paso, TX 79902<br>Tel: (915) 544-5126<br>Fax: (915) 544-4041<br>administrator@las-americas.org<br>www.las-americas.org<br><br>• Asylum, Withholding of Removal, Convention Against Torture |
| **Estrella del Paso***<br><br>2400 E. Yandell Dr.<br>El Paso, TX 79903-3617<br>Tel: (915) 532-3975<br>Fax: (915) 532-4071<br>info@estrella.org<br>www.estrelladelpaso.org | |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

# NEW YORK

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Buffalo Immigration Court

| Buffalo, New York | |
|---|---|
| **ABA Commission on Immigration Detention Information Hotline****<br><br>1050 Connecticut Avenue, NW, Unit 400<br>Washington, DC 20036<br>immcenter@americanbar.org<br>www.americanbar.org/groups/public_interest/immigration/<br><br>• Pro se case assistance for detained respondents only<br>• Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#<br>• To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org<br>• Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 | **Prisoners' Legal Services of New York, Immigration Unit***<br><br>41 State Street, Suite M112<br>Albany, NY 12207<br>Tel: (518) 694-8699<br>Fax: (518) 694-4281<br><br>14 Lafayette Square, Suite 510<br>Buffalo, NY 14203<br>Tel: (716) 844-8266<br>Fax: (716) 854-1008<br><br>www.plsny.org<br><br>• Represents detained and non-detained individuals<br>• Minors and unaccompanied children residing in Upstate New York<br>• Handles all types of immigration cases<br>• Multilingual staff<br>• Criminal immigration expertise |
| **The Legal Aid Society of Rochester, NY***<br><br>One West Main Street<br>Rochester, NY 14614<br>Tel: (585) 232-4090<br>Fax: (585) 232-2352<br>www.lasroc.org<br><br>• Assist in various immigration matters including affirmative and defensive asylum, VAWA, SIJS, Naturalization, Citizenship, Green Card renewal, and Removal Defense | **Erie County Bar Association Volunteer Lawyers Project, Inc.***<br><br>438 Main Street, 7th Floor<br>Buffalo, NY 14202<br>Tel: (716) 847-0662 ext. 301 (non-detained individuals)<br>Tel: (716) 847-0752 (detained individuals)<br><br>• Representation is limited to those that fall within our funding guidelines |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## New York Immigration Courts

### New York, New York (page 1 of 2)

**Human Rights First****

147 W. 36th Street, PMB 520
New York, NY 10018
Tel: (212) 845-5200
Fax: (212) 898-1301
Nyprobono@humanrightsfirst.org
www.humanrightsfirst.org/asylum/asylum-and refugee-representation#rep-contact

- Represents indigent individuals and families seeking asylum
- No walk-ins. To receive assistance, please call our front desk at (212) 845-5200
- Languages: Spanish, French, Arabic, and others as needed

**Central American Legal Assistance (CALA)***

240 Hooper Street
Brooklyn, NY 11211
Tel: (718) 486-6800
cala@igc.org
www.centralamericanlegal.info

- Call for appointment
- No walk-ins
- Removal defense for Central and South American asylum cases

**La Victoria Foundation***

3753 90th Street, Suite 13B
Jackson Heights, NY 11372
Tel: (347) 985-4079
recepcion@lavictoriafoundation.org
www.lavictoriafoundation.org

- Languages: Bilingual, staff speaks Spanish

**ABA Commission on Immigration Detention Information Hotline****

1050 Connecticut Avenue, NW, Unit 400
Washington, DC 20036
immcenter@americanbar.org
www.americanbar.org/groups/public_interest/immigration/

- Pro se case assistance for detained respondents only
- Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#
- To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org
- Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081

**Council of Peoples Organization (COPO)***

1077 Coney Island Avenue
Brooklyn, NY 11230
Tel: (718) 434-3266
Fax: (718) 859-2266
info@copo.org

**The Door***

121 Avenue of the Americas
New York, NY 10013
Tel: (212) 941-9090 ext. 3280
legalhelp@door.org
www.door.org

- Services limited to individuals between the ages of 12-24 years old

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## New York Immigration Courts

**New York, New York (page 2 of 2)**

**Safe Horizon***

2 Lafayette Street, 3rd Floor
Brooklyn, NY 10007
Tel: (212) 577-7700
www.safehorizon.org

- No walk-ins. By appointment only
- Representation limited to residents of New York City (the 5 boroughs)
- Represent survivors of violence, abuse, and exploitation
- Non-detained cases only
- Staff is bilingual Spanish/English with access to interpreter services for all other languages.

**Sisters of St. Joseph - Long Island Immigration Clinic***

164 3rd Avenue
Brentwood, NY 11717
Tel: (631) 966-4148
info@liimmigrationclinic.org
www.brentwoodcsj.org/liimmigrationclinic

- EOIR defensive removal representation (detained and non-detained), asylum/withholding/CAT, and all necessary motion practice
- We also handle SIJ matters, I-360/I-485, and related family-based petitions
- Languages: Spanish and Haitian Creole

**HIAS (New York)***

1359 Broadway, Suite 810
New York, NY 10018
Tel: (212) 613-1341
www.hias.org

- Must fear return to country of origin
- Contact Legal Intake Line: (212) 613-1341 first Friday of the month only
- Languages: Spanish and Russian, other languages via interpretation Services

**Catholic Migration Services***

Queens Office:
47-01 Queens Blvd., Suite 203
Sunnyside, NY 11104
Tel: (347) 472-3500
Fax: (347) 472-3501
www.catholicmigration.org

Brooklyn Office:
191 Joralemon Street
Brooklyn, NY 11201
Tel: (718) 236-3000
Fax: (718) 256-9707
www.catholicmigration.org

- By appointment only, please call to schedule
- Non-detained cases only

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## New York Immigration Courts Juvenile Docket

### New York, New York (page 1 of 2)

**Kids In Need of Defense (KIND) - New York***

New York Office:
252 West 37th Street, Suite 1500
New York, NY 10018
Tel: (646) 970-2915
infonewyork@supportkind.org
www.supportkind.org

- KIND provides free legal services to unaccompanied children who live in the New York City area
- Specific counties served: Bronx, Kings, Queens, Richmond (Staten Island), New York (Manhattan), Nassau, Suffolk, Westchester
- Services are by appointment only
- Languages: English, Spanish, French. Telephonic interpretation available in all other languages

**Council of Peoples Organization (COPO)***

1077 Coney Island Avenue
Brooklyn, NY 11230
Tel: (718) 434-3266
Fax: (718) 859-2266
info@copo.org

**The Legal Aid Society***

49 Thomas Street, 5th Floor
New York, NY 10013
Tel: (212) 577-3300
www.legalaidnyc.org

- Represents those with criminal convictions and all forms of immigration relief
- Only accepting referrals for detained adults and those under 18 years old and in removal proceedings

**The Door***

121 Avenue of the Americas
New York, NY 10013
Tel: (212) 941-9090 ext. 3280
legalhelp@door.org
www.door.org

- Services limited to individuals between the ages of 12-24 years old

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## New York Immigration Courts Juvenile Docket

| New York, New York (page 2 of 2) | |
|---|---|
| **Sisters of St. Joseph - Long Island Immigration Clinic*** | **Immigrant Children Advocates' Relief Effort (ICARE)**** |
| 164 3rd Avenue<br>Brentwood, NY 11717<br>Tel: (631) 966-4148<br>info@liimmigrationclinic.org<br>www.brentwoodcsj.org/liimmigrationclinic | legalhelp@icarecoalition.org<br>www.icarecoalition.org/getlegalhelp |
| • EOIR defensive removal representation (detained and non-detained), asylum/withholding/CAT, and all necessary motion practice<br>• We also handle SIJ matters, I-360/I-485, and related family-based petitions<br>• Languages: Spanish and Haitian Creole | • ICARE connects young immigrants facing deportation in NYC with free lawyers<br>• Complete the form on our website if you meet the following: you entered the US as an unaccompanied minor, currently reside in NYC, and are in deportation proceedings or were in an ORR shelter<br>• Non-detained cases only<br>• Languages: interpretation available in all languages |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Ulster Immigration Court

| Napanoch, New York | |
|---|---|
| **ABA Commission on Immigration Detention Information Hotline****<br><br>1050 Connecticut Avenue, NW, Unit 400<br>Washington, DC 20036<br>immcenter@americanbar.org<br>www.americanbar.org/groups/public_interest/immigration/<br><br>• Pro se case assistance for detained respondents only<br>• Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#<br>• To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org<br>• Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 | **Prisoners' Legal Services of New York, Immigration Unit***<br><br>41 State Street, Suite M112<br>Albany, NY 12207<br>Tel: (518) 694-8699<br>Fax: (518) 694-4281<br>www.plsny.org<br><br>• Handles all types of immigration cases<br>• Multilingual staff<br>• Criminal immigration expertise |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

# NORTH CAROLINA

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Charlotte Immigration Court

| Charlotte, North Carolina |
|---|
| **North Carolina Justice Center***<br><br>P.O. Box 28068<br>Raleigh, NC 27611<br>Tel: (919) 856-2570<br>Fax: (919) 856-2175<br>contact@ncjustice.org / ncjc-irrp@ncjustice.org<br>www.ncjustice.org/<br><br>• Will not represent individuals in detention<br>• Representation limited to residents of North Carolina<br>• Limited capacity for representation<br>• Languages: English and Spanish |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

# OHIO

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Cleveland Immigration Court

### Cleveland, Ohio (page 1 of 2)

**Cleveland Catholic Charities - Immigration Legal Services***

7800 Detroit Avenue
Cleveland, OH 44102
Tel: (330) 939-3769
immigration@ccdocle.org
www.ccdocle.org/programs/immigration-legal-services

- Must live in one of the following counties: Ashland, Ashtabula, Columbiana, Cuyahoga, Geauga, Lake, Lorain, Mahoning, Medina, Portage, Trumbull, Stark, Summit, or Wayne
- Debe vivir en uno de los siguientes condados: Ashland, Ashtabula, Columbiana, Cuyahoga, Geauga, Lake, Lorain, Mahoning, Medina, Portage, Trumbull, Stark, Summit, or Wayne
- No cases involving complex criminal histories
- No hay casos que involucren antecendentes penales complejos

**The Legal Aid Society of Cleveland***

1223 West Sixth Street
Cleveland, OH 44113
Tel: (888) 817-3777
www.lasclev.org

- We serve individuals with low income who reside in Ashtabula, Cuyahoga, Geauga, Lake, or Lorain counties
- Languages: Any

**International Institute of Akron***

530 S. Main Street, Suite 1762
Akron, OH 44311
Tel: (330) 376-5106
Fax: (330) 376-0133
info@iiakron.org
www.iiakron.org

- Family-based and humanitarian-based immigration legal services
- Representation limited to the Cleveland Immigration Court
- Our office handles Asylum, Adjustment of Status, Cancellation of Removal for LPR and non-LPR, waivers, motions, and other applications for relief
- Please call or email our office to schedule an appointment
- Languages: Any

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Cleveland Immigration Court

| Cleveland, Ohio (page 2 of 2) | |
|---|---|
| **Advocates for Basic Legal Equality (ABLE)*** <br><br> 525 Jefferson Avenue <br> Toledo, OH 43604 <br> Tel: (419) 930-2555 / (937) 535-4489 <br> Fax: (419) 259-2880 / (937) 535-4600 <br> immigration@ablelaw.org <br> www.immigration.ablelaw.org <br><br> • Contact via email or call listed numbers. If no answer, leave voicemail and callback number <br> • Intake hours by phone M-F, 9AM-5PM <br> • No walk-ins <br> • Staff speak Spanish and English, interpretation for other languages available <br> • Representation limited to people under 200% of federal poverty level <br> • Representation limited by geography, see website for details <br> • Accepting detained cases for people in Seneca County Jail, Butler County Jail, or the Corrections Center of Northwest Ohio <br> • Accepting custody and bond cases | **ABA Commission on Immigration Detention Information Hotline**** <br><br> 1050 Connecticut Avenue, NW, Unit 400 <br> Washington, DC 20036 <br> immcenter@americanbar.org <br> www.americanbar.org/groups/public_interest/immigration/ <br><br> • Pro se case assistance for detained respondents only <br> • Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150# <br> • To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org <br> • Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Cleveland Immigration Court Juvenile Docket

### Cleveland, Ohio

**The Legal Aid Society of Cleveland***

1223 West Sixth Street
Cleveland, OH 44113
Tel: (888) 817-3777
www.lasclev.org

- We serve individuals with low income who reside in Ashtabula, Cuyahoga, Geauga, Lake, or Lorain counties
- Languages: Any

**Advocates for Basic Legal Equality (ABLE)***

525 Jefferson Avenue
Toledo, OH 43604
Tel: (419) 930-2555 / (937) 535-4489
Fax: (419) 259-2880 / (937) 535-4600
immigration@ablelaw.org
www.immigration.ablelaw.org

- Contact via email or call listed numbers. If no answer, leave voicemail and callback number
- Intake hours by phone M-F, 9AM-5PM
- No walk-ins
- Staff speak Spanish and English, interpretation for other languages available
- Representation limited to people under 200% of the federal poverty level
- Representation limited by geography, see website for details
- Accepting applicants under 18 years old

**International Institute of Akron***

530 S. Main Street, Suite 1762
Akron, OH 44311
Tel: (330) 376-5106
Fax: (330) 376-0133
info@iiakron.org
www.iiakron.org

- Family-based and humanitarian-based immigration legal services
- Representation limited to the Cleveland Immigration Court
- Our office handles Asylum, Adjustment of Status, Cancellation of Removal for LPR and non-LPR, waivers, motions, and other applications for relief
- Please call or email our office to schedule an appointment
- Languages: Any

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

# OREGON

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Portland Immigration Court

### Portland, Oregon

**ABA Commission on Immigration Detention Information Hotline****

1050 Connecticut Avenue, NW, Unit 400
Washington, DC 20036
immcenter@americanbar.org
www.americanbar.org/groups/public_interest/immigration/

- Pro se case assistance for detained respondents only
- Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#
- To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org
- Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081

**Equity Corps of Oregon****

333 SW Fifth Avenue, Suite 250
Portland, OR 97204
Tel: (888) 274-7292
info@equitycorps.org

- Walk-ins welcome
- Call center open M-F 9AM-6PM

**Catholic Charities of Oregon***

2740 SE Powell Blvd., #2
Portland, OR 97202
Tel: (503) 542-2855
Fax: (503) 688-2705
ils-intakes@ccoregon.org
www.catholiccharitiesoregon.org

- No walk-in appointments
- Please call for more information
- Asylum and Cancellation of Removal (LPR and non-LPR) with a focus on survivors of crimes and domestic violence
- Languages: Spanish; Limited capacity to provide assistance in other languages

**SOAR Immigration Legal Services***

7931 NE Halsey Street, Unit 304
Portland, OR 97213
Tel: (503) 384-2482
soarlegal@emoregon.org
www.soarlegal.org

- Asylum and Cancellation (LPR and non-LPR)
- Languages: Spanish

**Big Sky Legal Services and Advocacy***

P.O. Box 16583
Missoula, MT 59808
Tel: (406) 602-2324
information@bigskyimmigration.com
www.bigskyimmigration.org

- Priority assistance for individuals and families who reside in Montana
- All immigration matters
- Removal defense
- Languages: Spanish and others as needed

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

# PENNSYLVANIA

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Philadelphia Immigration Court

**Philadelphia, Pennsylvania (page 1 of 2)**

**Catholic Social Services, Archdiocese of Philadelphia***

222 N. 17th Street, Suite 901
Philadelphia, PA 19103
Tel: (215) 854-7019
Fax: (215) 854-7021
immigrationlegalservices@chs-adphila.org
www.cssphiladelphia.org/immigration-legal-services/

- Telephone intake hours: Monday-Wednesday, 9AM-1PM at (215) 854-7018 or 24/7 at www.cssimmigration.org
- No walk-ins, by appointment only
- Detention cases handled on a limited basis

**Equal Access Legal Services***

6703 Germantown Avenue, Suite 200/210-4
Philadelphia, PA 19119
Tel: (267) 888-6703
info@eqaulaccesslegal.org
www.equalaccesslegal.org

- No walk-ins, by appointment only
- Languages: Spanish and other languages available upon request

**Jewish Family and Community Services***

5743 Bartlett Street
Pittsburgh, PA 15217
Tel: (412) 422-7200
Fax: (412) 422-1162
www.jfcspgh.org

- Call (412) 742-4216 for Spanish
- We do not handle cases for detained adults, any asylum cases, or employment-based immigration cases
- Languages: Spanish and others as needed

**HIAS (Pennsylvania)***

P.O. Box 8688
Philadelphia, PA 19101
Tel: (215) 832-0900
Fax: (215) 832-0919
www.hiaspa.org

- Priorities include asylum, youth, interpersonal violence, and naturalization
- No walk-ins
- By appointment only
- Intake hours (subject to change): Wednesday 9:30AM-12:00PM; Thursday 2:00PM-4:30PM

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Philadelphia Immigration Court

**Philadelphia, Pennsylvania (page 2 of 2)**

**ABA Commission on Immigration Detention Information Hotline****

1050 Connecticut Avenue, NW, Unit 400
Washington, DC 20036
immcenter@americanbar.org
www.americanbar.org/groups/public_interest/immigration/

- Pro se case assistance for detained respondents only
- Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#
- To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org
- Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081

**Aldea - The People's Justice Center***

532 Walnut Street
Reading, PA 19601
Tel: (484) 877-8002
Fax: (484) 930-0655
coordinator@aldeapjc.org
www.aldeapjc.org

- Free legal services for unaccompanied children
- Servicios gratuitos para ninos no acompanados
- Languages: Spanish

**Franklin County Legal Services***

336 Lincoln Way East, Suite B
Chambersburg, PA 17201
Tel: (717) 262-2326
Fax: (717) 262-2360
www.fcls.net

- Provides representation for persons who reside in Franklin, Fulton, Juniata, Huntingdon, Perry, Cumberland, and Adams counties
- Apply on our website or call the office
- Languages: Spanish speaking staff and translation in other languages available

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Philadelphia Immigration Court Juvenile Docket

**Philadelphia, Pennsylvania (page 1 of 2)**

**Catholic Social Services, Archdiocese of Philadelphia***

222 N. 17th Street, Suite 901
Philadelphia, PA 19103
Tel: (215) 854-7019
Fax: (215) 854-7021
immigrationlegalservices@chs-adphila.org
www.cssphiladelphia.org/immigration-legal-services/

- Telephone intake hours: Monday-Wednesday, 9AM-1PM at (215) 854-7018 or 24/7 at www.cssimmigration.org
- No walk-ins, by appointment only
- Detention cases handled on a limited basis

**Equal Access Legal Services***

6703 Germantown Avenue, Suite 200/210-4
Philadelphia, PA 19119
Tel: (267) 888-6703
info@eqaulaccesslegal.org
www.equalaccesslegal.org

- No walk-ins, by appointment only
- Languages: Spanish and other languages available upon request

**Jewish Family and Community Services***

5743 Bartlett Street
Pittsburgh, PA 15217
Tel: (412) 422-7200
Fax: (412) 422-1162
www.jfcspgh.org

- Call (412) 742-4216 for Spanish
- We do not handle cases for detained adults, any asylum cases, or employment-based immigration cases
- Languages: Spanish and others as needed

**HIAS (Pennsylvania)***

P.O. Box 8688
Philadelphia, PA 19101
Tel: (215) 832-0900
Tel: (833) 344-2772 (AOP Hotline for individuals granted asylum)
www.hiaspa.org

- Priorities include asylum, youth, interpersonal violence, naturalization, and family petitions
- No walk-ins
- By appointment only
- Intake hours (subject to change): Wednesday 9:30AM-12:00PM; Thursday 2:00PM-4:30PM

**Aldea - The People's Justice Center***

532 Walnut Street
Reading, PA 19601
Tel: (484) 877-8002
Fax: (484) 930-0655
coordinator@aldeapjc.org
www.aldeapjc.org

- Free legal services for unaccompanied children
- Servicios gratuitos para ninos no acompanados
- Languages: Spanish

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Philadelphia Immigration Court Juvenile Docket

| Philadelphia, Pennsylvania (page 2 of 2) | |
|---|---|
| **Church World Service - Lancaster*** <br><br> 158 E. King Street<br>Lancaster, PA 17602<br>Tel: (717) 300-0351<br>cwslancasterils@cwsglobal.org<br>www.cwslancaster.org/immigration-legal-services/ <br><br> • No walk-ins<br>• Please call for an appointment<br>• Specialize in representation of unaccompanied minors<br>• CWS-Lancaster covers youth residing in the following counties in Pennsylvania: Berks, Chester, Cumberland, Dauphin, Franklin, Lancaster, Lebanon, and York counties<br>• Languages: English and Spanish | **Franklin County Legal Services*** <br><br> 336 Lincoln Way East, Suite B<br>Chambersburg, PA 17201<br>Tel: (717) 262-2326<br>Fax: (717) 262-2360<br>www.fcls.net <br><br> • Provides representation for persons who reside in Franklin, Fulton, Juniata, Huntingdon, Perry, Cumberland, and Adams counties<br>• Apply on our website or call the office<br>• Languages: Spanish speaking staff and translation in other languages available |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

# PUERTO RICO

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Guaynabo (San Juan) Immigration Court

| Guaynabo, Puerto Rico |
| --- |
| **ABA Commission on Immigration Detention Information Hotline****<br><br>1050 Connecticut Avenue, NW, Unit 400<br>Washington, DC 20036<br>immcenter@americanbar.org<br>www.americanbar.org/groups/public_interest/immigration/<br><br>• Pro se case assistance for detained respondents only<br>• Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#<br>• To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org<br>• Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

# TENNESSEE

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Memphis Immigration Court

| Memphis, Tennessee | |
|---|---|
| **Advocates for Immigrant Rights*** | **Latino Memphis, Inc.*** |
| 815 N. Mclean Blvd., Third Floor | 6041 Mount Moriah Road, Suite 16 |
| Memphis, TN 38107 | Memphis, TN 38115 |
| Tel: (901) 729-9560 | Tel: (901) 366-5882 |
| Fax: (901) 432-2685 | Fax: (901) 255-0625 |
| advocates@airlegal.org | hola@latinomemphis.org |
| www.airlegal.org/ | www.latinomemphis.org |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

<u>Disclaimer</u>: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Memphis Immigration Court Juvenile Docket

| Memphis, Tennessee |
|---|
| **Advocates for Immigrant Rights*** <br><br> 815 N. Mclean Blvd., Third Floor <br> Memphis, TN 38107 <br> Tel: (901) 729-9560 <br> Fax: (901) 432-2685 <br> advocates@airlegal.org <br> www.airlegal.org/ |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

# TEXAS

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Conroe Immigration Court

| Conroe, Texas | |
|---|---|
| **ABA Commission on Immigration Detention Information Hotline****<br><br>1050 Connecticut Avenue, NW, Unit 400<br>Washington, DC 20036<br>immcenter@americanbar.org<br>www.americanbar.org/groups/public_interest/immigration/<br><br>• Pro se case assistance for detained respondents only<br>• Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#<br>• To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org<br>• Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 | **Galveston-Houston Immigrant Representation Project***<br><br>Houston Office:<br>6001 Savoy Drive, Suite 400<br>Houston, TX 77036<br>Tel: (713) 561-3059<br>info@ghirp.org<br>www.ghirp.org<br><br>Galveston Office:<br>4700 Broadway, Suite C101<br>Galveston, TX 77551<br>Tel: (713) 561-3059<br>info@ghirp.org<br>www.ghirp.org<br><br>• Please call for an appointment |
| **RAICES Texas***<br>Refugee and Immigrant Center for Education and Legal Services<br><br>131 Interpark Blvd.<br>San Antonio, TX 78216<br>Tel: (833) 372-4237<br>Fax: (832) 669-6942<br>legalinquiries@raicestexas.org<br>www.raicestexas.org/<br><br>Mailing address:<br>P.O. Box 786100<br>San Antonio, TX 78278 | |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Dallas Immigration Court

| Dallas, Texas | |
|---|---|
| **Human Rights Initiative of North Texas****<br><br>2801 Swiss Avenue<br>Dallas, TX 75204<br>Tel: (214) 855-0520<br>info@hrionline.org<br>www.hrionline.org<br><br>• Represent non-detained asylum seekers<br>• Represent non-detained unaccompanied children<br>• Will take in person walk-in inquiries or phone inquiries<br>• Language: Spanish | **ABA Commission on Immigration Detention Information Hotline****<br><br>1050 Connecticut Avenue, NW, Unit 400<br>Washington, DC 20036<br>immcenter@americanbar.org<br>www.americanbar.org/groups/public_interest/immigration/<br><br>• Pro se case assistance for detained respondents only<br>• Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#<br>• To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org<br>• Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 |
| **RAICES***<br>Refugee and Immigrant Center for Education and Legal Services<br><br><u>Dallas:</u><br>1420 W. Mockingbird Ln., Suite 840<br>Dallas, TX 75247<br>legalinquiries@raicestexas.org<br>www.raicestexas.org<br><br>• Will consider all types of cases, including asylum | |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

<u>Disclaimer</u>: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Dallas Immigration Court Juvenile Docket

| Dallas, Texas | |
|---|---|
| **Human Rights Initiative of North Texas****<br><br>2801 Swiss Avenue<br>Dallas, TX 75204<br>Tel: (214) 855-0520<br>info@hrionline.org<br>www.hrionline.org<br><br>• Represent non-detained asylum seekers<br>• Represent non-detained unaccompanied children<br>• Will take in person walk-in inquiries or phone inquiries<br>• Language: Spanish | **International Rescue Committee***<br><br>6500 Greenville Avenue, Suite 500<br>Dallas, TX 75206<br>Tel: (214) 461-9781<br>dallas.imm@rescue.org<br>www.rescue.org<br><br>• Unaccompanied minor cases only |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## El Paso Immigration Court

### El Paso, Texas

**ABA Commission on Immigration Detention Information Hotline****

1050 Connecticut Avenue, NW, Unit 400
Washington, DC 20036
immcenter@americanbar.org
www.americanbar.org/groups/public_interest/immigration/

- Pro se case assistance for detained respondents only
- Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#
- To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org
- Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081

**Las Americas Immigrant Advocacy Center***

1500 E. Yandell Drive
El Paso, TX 79902
Tel: (915) 544-5126
Fax: (915) 544-4041
administrator@las-americas.org
www.las-americas.org

- Asylum, Withholding of Removal, Convention Against Torture

**Estrella del Paso***

2400 E. Yandell Drive
El Paso, TX 79903-3617
Tel: (915) 532-3975
Fax: (915) 532-4071
info@estrella.org
www.estrelladelpaso.org

- Families on dedicated dockets may contact Estrella del Paso at (915) 532-3975, ext. 8501 for free information about the immigration court process, possible legal options, and how to find legal representation

**New Mexico Immigrant Law Center***

625 Silver Avenue SW, Suite 410
Albuquerque, NM 87102
Tel: (505) 247-1023
Fax: (505) 633-8056
info@nmilc.org
www.nmilc.org

- Respondents must reside in New Mexico

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## El Paso Detained Immigration Court

| El Paso, Texas | |
|---|---|
| **ABA Commission on Immigration Detention Information Hotline****<br><br>1050 Connecticut Avenue, NW, Unit 400<br>Washington, DC 20036<br>immcenter@americanbar.org<br>www.americanbar.org/groups/public_interest/immigration/<br><br>• Pro se case assistance for detained respondents only<br>• Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#<br>• To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org<br>• Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 | **Estrella del Paso***<br><br>2400 E. Yandell Dr.<br>El Paso, TX 79903-3617<br>Tel: (915) 532-3975<br>Fax: (915) 532-4071<br>info@estrella.org<br>www.estrelladelpaso.org<br><br>**Las Americas Immigrant Advocacy Center***<br><br>1500 E. Yandell Drive<br>El Paso, TX 79902<br>Tel: (915) 544-5126<br>Fax: (915) 544-4041<br>administrator@las-americas.org<br>www.las-americas.org<br><br>• Asylum, Withholding of Removal, Convention Against Torture |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Harlingen Immigration Court

| Harlingen, Texas | |
|---|---|
| **ABA Commission on Immigration Detention Information Hotline****<br><br>1050 Connecticut Avenue, NW, Unit 400<br>Washington, DC 20036<br>immcenter@americanbar.org<br>www.americanbar.org/groups/public_interest/immigration/<br><br>• Pro se case assistance for detained respondents only<br>• Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#<br>• To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org<br>• Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 | **ProBAR - South Texas Pro Bono Asylum Representation Project***<br><br>202 South 1st Street, Suite 300<br>Harlingen, TX 78550<br>Tel: (956) 365-3775<br>Fax: (956) 365-3789<br>probar@abaprobar.org<br>www.americanbar.org/probar<br><br>• Will represent people in removal proceedings |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Harlingen Immigration Court - Brownsville Hearing Location

| Harlingen, Texas |
| --- |
| **ProBAR - South Texas Pro Bono Asylum Representation Project***<br><br>202 South 1st Street, Suite 300<br>Harlingen, TX 78550<br>Tel: (956) 365-3775<br>Fax: (956) 365-3789<br>probar@abaprobar.org<br>www.americanbar.org/probar<br><br>• Will represent people in removal proceedings |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Houston Immigration Courts

**Houston, Texas (page 1 of 2)**

**Galveston-Houston Immigrant Representation Project***

Houston Office:
6001 Savoy Drive, Suite 400
Houston, TX 77036
Tel: (713) 561-3059
info@ghirp
www.ghirp.org

Galveston Office:
4700 Broadway, Suite C101
Galveston, TX 77551
Tel: (713) 561-3059
info@ghirp.org
www.ghirp.org

- Please call for an appointment

**RAICES Texas***
Refugee and Immigrant Center for Education and Legal Services

131 Interpark Blvd.
San Antonio, TX 78216
Tel: (833) 372-4237
Fax: (832) 669-6942
legalinquiries@raicestexas.org
www.raicestexas.org/

Mailing address:
P.O. Box 786100
San Antonio, TX 78278

**ABA Commission on Immigration Detention Information Hotline****

1050 Connecticut Avenue, NW, Unit 400
Washington, DC 20036
immcenter@americanbar.org
www.americanbar.org/groups/public_interest/immigration/

- Pro se case assistance for detained respondents only
- Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#
- To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org
- Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081

**Kids In Need of Defense (KIND)***

Houston Office:
1000 Main Street, Suite 2300
Houston, TX 77002
Tel: (832) 779-4030
infohouston@supportkind.org
www.supportkind.org

- KIND only represents unaccompanied children residing in Harris and Montgomery County
- No walk-ins; please call to schedule an appointment

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Houston Immigration Courts

| Houston, Texas (page 2 of 2) |
|---|
| **OikosNow Not For Profit***<br><br>332 South Michigan Avenue, Suite #121-Z300<br>Chicago, IL 60604<br>Tel: (815) 549-5678<br>immigration@oikosnow.com<br>www.oikosnow.org<br><br>• Please call for an appointment<br>• Languages: Mandarin Chinese, Cantonese 中文 |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Houston Immigration Courts Juvenile Docket

| Houston, Texas |
|---|
| **Kids In Need of Defense (KIND)***<br><br>Houston Office:<br>1000 Main Street, Suite 2300<br>Houston, TX 77002<br>Tel: (832) 779-4030<br>infohouston@supportkind.org<br>www.supportkind.org<br><br>• KIND only represents unaccompanied children residing in Harris and Montgomery County<br>• No walk-ins; please call to schedule an appointment |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Karnes County Residential Center

**Karnes City, Texas**

| | |
|---|---|
| **American Gateways***<br><br>American Gateways – Austin:<br>314 E. Highland Mall Blvd., Suite 501<br>Austin, TX 78752<br>Tel: (512) 478-0546<br>Fax: (512) 387-2650<br><br>American Gateways – San Antonio Extension Office:<br>2300 W. Commerce Street, Suite 313<br>San Antonio, TX 78207<br>Tel: (210) 521-4768<br>Fax: (210) 625-6797<br><br>American Gateways – Waco Extension Office:<br>2323 Columbus Avenue, Suite C<br>Waco, TX 76701<br>Tel: (254) 230-0382, Ext. 264 or (737) 837-7016<br>Fax: (512) 387-2650<br><br>www.americangateways.org | **ABA Commission on Immigration Detention Information Hotline****<br><br>1050 Connecticut Avenue, NW, Unit 400<br>Washington, DC 20036<br>immcenter@americanbar.org<br>www.americanbar.org/groups/public_interest/immigration/<br><br>• Pro se case assistance for detained respondents only<br>• Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#<br>• To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org<br>• Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 |
| **RAICES***<br>Refugee and Immigrant Center for Education and Legal Services<br><br>131 Interpark Blvd.<br>San Antonio, TX 78216<br>Tel: (833) 372-4237<br>Fax: (832) 669-6942<br>legalinquiries@raicestexas.org<br>www.raicestexas.org<br><br>Mailing Address:<br>P.O. Box 786100<br>San Antonio, TX 78278<br><br>• Will represent asylum seekers<br>• RAICES Karnes Hotline: 1 (855) 672-4237 | |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Laredo Immigration Court

| Laredo, Texas | |
|---|---|
| **ABA Commission on Immigration Detention Information Hotline****<br><br>1050 Connecticut Avenue, NW, Unit 400<br>Washington, DC 20036<br>immcenter@americanbar.org<br>www.americanbar.org/groups/public_interest/immigration/<br><br>• Pro se case assistance for detained respondents only<br>• Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#<br>• To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org<br>• Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 | **RAICES***<br>Refugee and Immigrant Center for Education and Legal Services<br><br>Laredo Hotline: 1 (800) 296-9162<br>www.raicestexas.org<br>laredo@raicestexas.org<br><br>• Please note: Hotline goes straight to voicemail so respondents must leave a message<br><br>**Border Project****<br><br>Tel: (956) 625-0907<br>bp.legal/lp1<br><br>• Provides services to non-detained migrants seeking asylum |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Pearsall Immigration Court

| Pearsall, Texas (page 1 of 2) | |
|---|---|
| **American Gateways***<br><br>American Gateways – Austin:<br>314 E. Highland Mall Blvd., Suite 501<br>Austin, TX 78752<br>Tel: (512) 478-0546<br>Fax: (512) 387-2650<br><br>American Gateways – San Antonio Extension Office:<br>2300 W. Commerce Street, Suite 313<br>San Antonio, TX 78207<br>Tel: (210) 521-4768<br>Fax: (210) 625-6797<br><br>American Gateways – Waco Extension Office:<br>2323 Columbus Avenue, Suite C<br>Waco, TX 76701<br>Tel: (254) 230-0382, Ext. 264 or (737) 837-7016<br>Fax: (512) 387-2650<br><br>www.americangateways.org<br><br>• No walk-ins<br>• Will represent detained individuals<br>• Hotline: (210) 864-2937<br>• Representation limited to residents of Central Texas | **ABA Commission on Immigration Detention Information Hotline****<br><br>1050 Connecticut Avenue, NW, Unit 400<br>Washington, DC 20036<br>immcenter@americanbar.org<br>www.americanbar.org/groups/public_interest/immigration/<br><br>• Pro se case assistance for detained respondents only<br>• Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#<br>• To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org<br>• Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 |
| | **St. Mary's University School of Law Immigration and Human Rights Clinic***<br><br>2507 NW 36th Street<br>San Antonio, TX 78228<br>Tel: (210) 431-5714<br>Fax: (210) 431-5700 |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Pearsall Immigration Court

| Pearsall, Texas (page 2 of 2) | |
|---|---|
| **RAICES***<br>Refugee and Immigrant Center for Education and Legal Services<br><br>131 Interpark Blvd.<br>San Antonio, TX 78216<br>Tel: (833) 372-4237<br>Fax: (832) 669-6942<br>legalinquiries@raicestexas.org<br>www.raicestexas.org<br><br><u>Mailing address:</u><br>P.O. Box 786100<br>San Antonio, TX 78278<br><br>• Will represent individuals in asylum cases<br>• RAICES Pearsall Hotline: 1 (833) 372-4237<br>• RAICES Hotline for individuals and families detained at Dilley: 1 (855) 672-4237 | **University of Texas School of Law Immigration Clinic***<br><br>727 East Dean Keeton Street<br>Austin, TX 78705-3299<br>Tel: (512) 232-1292<br>Fax:(512) 232-0800<br>www.law.utexas.edu/clinics/immigration<br><br>• Limited to services for individuals detained at the T. Don Hutto Detention Center<br>• Asylum law and other relief<br>• Bond proceedings |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

<u>Disclaimer</u>: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Port Isabel Immigration Court

| Los Fresnos, Texas |
| --- |
| **ABA Commission on Immigration Detention Information Hotline****<br><br>1050 Connecticut Avenue, NW, Unit 400<br>Washington, DC 20036<br>immcenter@americanbar.org<br>www.americanbar.org/groups/public_interest/immigration/<br><br>• Pro se case assistance for detained respondents only<br>• Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#<br>• To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org<br>• Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## San Antonio Immigration Court

### San Antonio, Texas (page 1 or 2)

**American Gateways***

American Gateways – Austin:
314 E. Highland Mall Blvd., Suite 501
Austin, TX 78752
Tel: (512) 478-0546
Fax: (512) 387-2650

American Gateways – San Antonio Extension Office:
2300 W. Commerce Street, Suite 313
San Antonio, TX 78207
Tel: (210) 521-4768
Fax: (210) 625-6797

American Gateways – Waco Extension Office:
2323 Columbus Avenue, Suite C
Waco, TX 76701
Tel: (254) 230-0382, Ext. 264 or (737) 837-7016
Fax: (512) 387-2650

www.americangateways.org

- No walk-ins
- Will represent detained individuals
- Hotline: (210) 864-2937
- Representation limited to residents of Central Texas

**University of Texas School of Law Immigration Clinic***

727 East Dean Keeton Street
Austin, TX 78705-3299
Tel: (512) 232-1292
Fax:(512) 232-0800
www.law.utexas.edu/clinics/immigration

- Asylum law and other relief
- Bond proceedings

**RAICES - San Antonio***

131 Interpark Blvd.
San Antonio, TX 78216
legalinquiries@raicestexas.org
www.raicestexas.org

- Will accept all types of cases, including asylum

**C T Lobos Y A Inc.***

2180 Woodward Street
Austin, TX 78744

P.O. Box 40286
Austin, TX 78704
Tel: (512) 409-5263
immigration@centexlobos.com

- Will not represent individuals in detention
- Will not represent individuals with criminal cases
- No walk-ins
- Specialize in Special Immigrant Juvenile
- Representation limited to residents of Bexar, Caldwell, Comal, Hays, and Travis

**St. Mary's University School of Law Immigration and Human Rights Clinic***

2507 NW 36th Street
San Antonio, TX 78228
Tel: (210) 431-5714
Fax: (210) 431-5700

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## San Antonio Immigration Court

| San Antonio, Texas (page 2 of 2) |
|---|
| **ABA Commission on Immigration Detention Information Hotline****<br><br>1050 Connecticut Avenue, NW, Unit 400<br>Washington, DC 20036<br>immcenter@americanbar.org<br>www.americanbar.org/groups/public_interest/immigration/<br><br>• Pro se case assistance for detained respondents only<br>• Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#<br>• To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org<br>• Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## San Antonio Immigration Court Juvenile Docket

| San Antonio, Texas | |
|---|---|
| **C T Lobos Y A Inc.***<br><br>2180 Woodward Street<br>Austin, TX 78744<br><br>P.O. Box 40286<br>Austin, TX 78704<br>Tel: (512) 409-5263<br>immigration@centexlobos.com<br><br>• No walk-ins<br>• Specialize in Special Immigrant Juvenile and UAC Asylum | **University of Texas School of Law Immigration Clinic***<br><br>727 East Dean Keeton Street<br>Austin, TX 78705-3299<br>Tel: (512) 232-1292<br>Fax:(512) 232-0800<br>www.law.utexas.edu/clinics/immigration<br><br>• Asylum law and other relief<br>• Bond proceedings |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

<u>Disclaimer</u>: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

# UTAH

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Salt Lake City Immigration Court

| Salt Lake City, Utah | |
|---|---|
| **ABA Commission on Immigration Detention Information Hotline****<br><br>1050 Connecticut Avenue, NW, Unit 400<br>Washington, DC 20036<br>immcenter@americanbar.org<br>www.americanbar.org/groups/public_interest/immigration/<br><br>• Pro se case assistance for detained respondents only<br>• Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#<br>• To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org<br>• Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 | **Catholic Community Services of Utah***<br><br>224 N 2200 W<br>Salt Lake City, UT 84116<br>Tel: (801) 977-9119<br>ejohnson@ccsutah.org<br>www.ccsutah.org<br><br>• Languages: Staff speaks Spanish |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Salt Lake City Immigration Court Juvenile Docket

| Salt Lake City, Utah |
|---|
| **Catholic Community Services of Utah***<br><br>224 N 2200 W<br>Salt Lake City, UT 84116<br>Tel: (801) 977-9119<br>ejohnson@ccsutah.org<br>www.ccsutah.org<br><br>• Languages: Staff speaks Spanish |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

# VIRGINIA

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Annandale Immigration Court

### Annandale, Virginia (page 1 of 2)

**Human Rights First****

825 21st Street NW, PMB 253
Washington, DC 20006
Tel: (212) 845-5200
Fax: (202) 217-2661
Dcprobono@humanrightsfirst.org
www.humanrightsfirst.org/asylum/asylum-seekers-and-potential-clients

- Represents indigents individuals and families seeking asylum
- To request assistance, please call our office at (212) 845-5200 and leave a voice message. You may also send us an email at dcprobono@humanrightsfirst.org. Please include your contact information and a brief message describing the circumstances of your case. A staff member will contact you to schedule a screening.
- No walk-ins
- Languages: Spanish and others as needed

**Amica Center for Immigrant Rights***
(formerly Capital Area Immigrants' Rights (CAIR) Coalition)

Main Office:
1025 Connecticut Avenue NW, Suite 701
Washington, DC 20036
Tel: (202) 331-3320 (Main Line)
Tel: (202) 331-3329 (Detention Line)
Fax: (202) 331-3341
www.amicacenter.org

To refer someone who is DETAINED:
Complete this form: www.amicacenter.org/get-help
Spanish: www.amicacenter.org/es/obtenga/ayuda

- Provides immigration legal services to detained adults and children in DC, Maryland, and Virginia

**ABA Commission on Immigration Detention Information Hotline****

1050 Connecticut Avenue, NW, Unit 400
Washington, DC 20036
immcenter@americanbar.org
www.americanbar.org/groups/public_interest/immigration/

- Pro se case assistance for detained respondents only
- Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#
- To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org
- Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081

**Jewish Family and Community Services***

5743 Bartlett Street
Pittsburgh, PA 15217
Tel: (412) 422-7200
Fax: (412) 422-1162
www.jfcspgh.org

- Call (412) 742-4216 for Spanish
- We do not handle cases for detained adults, any asylum cases, or employment-based immigration cases
- Languages: Spanish and others as needed

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Annandale Immigration Court

| **Annandale, Virginia (page 2 of 2)** | |
|---|---|
| **HIAS (Silver Spring)***<br><br>1300 Spring Street, Suite 500<br>Silver Spring, MD 20910<br>Tel: (301) 844-7248<br>www.hias.org<br><br>• Must fear return to country of origin<br>• No walk-ins<br>• Schedule a consultation by calling (301) 844-7248 on the first Friday of each month<br>• Languages: Spanish, Farsi/Dari, Pashto, and interpreters available | **The George Washington University Law School Immigration Clinic***<br>2000 G Street NW<br><br>Washington, DC 20052<br>Tel: (202) 994-7463<br>www.law.gwu.edu/immigration-clinic<br><br>• By appointment only at the contact number listed<br>• We accommodate all languages |
| **Center for Applied Legal Studies, Georgetown Law***<br><br>600 New Jersey Avenue NW<br>Washington, DC 20001<br>Tel: (202) 622-9100<br>Lawcalsclinic@georgetown.edu<br><br>• Asylum cases only | |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Annandale Immigration Court Juvenile Docket

| Annandale, Virginia | |
|---|---|
| **Amica Center for Immigrant Rights***<br>(formerly Capital Area Immigrants' Rights (CAIR) Coalition)<br><br>Main Office:<br>1025 Connecticut Avenue NW, Suite 701<br>Washington, DC 20036<br>Tel: (202) 331-3320 (Main Line)<br>Tel: (202) 331-3329 (Detention Line)<br>Fax: (202) 331-3341<br>www.amicacenter.org<br><br>To refer someone who is DETAINED:<br>Complete this form: www.amicacenter.org/get-help<br>Spanish: www.amicacenter.org/es/obtenga/ayuda<br><br>• Provides immigration legal services to detained adults and children in DC, Maryland, and Virginia | **Restoration Immigration Legal Aid (RILA)***<br><br>1815 N. Quincy Street<br>Arlington, VA 22207<br>Tel: (571) 429-5410<br>rila@restorationimmigration.org<br>www.restorationimmigration.org<br><br>• No walk-ins<br>• Please call for an appointment<br>• Will not represent individuals in detention<br>• Will not represent individuals with criminal cases<br>• Specialize in Special Immigrant Juvenile Status, Removal Defense<br>• Limited to residents of: Arlington, Alexandria, Fairfax, Prince William and Loudoun Counties<br>• Languages: Spanish |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Sterling Immigration Court

| Sterling, Virginia | |
|---|---|
| **Human Rights First****<br><br>825 21st Street NW, PMB 253<br>Washington, DC 20006<br>Tel: (202) 370-3313<br>dcprobono@humanrightsfirst.org<br>www.humanrightsfirst.org/asylum/asylum-seekers-and-potential-clients<br><br>• By appointment only. Please note we do not accept walk-ins<br>• To receive assistance, please call our front desk at (202) 370-3313<br>• Represents indigent individuals and families seeking asylum<br>• Languages: Spanish, French, and other languages as needed | **The George Washington University Law School Immigration Clinic***<br><br>2000 G. Street NW<br>Washington, DC 20052<br>Tel: (202) 994-7463<br>www.law.gwu.edu/immigration-clinic<br><br>• By appointment only at the contact number listed<br>• We accommodate all languages |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

# WASHINGTON

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Seattle Immigration Court

**Seattle, Washington (page 1 of 2)**

**The Northwest Immigrant Rights Project***

Seattle Office:
615 2nd Avenue, Suite 400
Seattle, WA 98104
Tel: (206) 587-4009
Toll Free: (800) 445-5771
info@nwirp.org / seattlefrontdesk@nwirp.org
www.nwirp.org

- Hours: Monday-Friday, 9:30AM-12PM/1PM-4:30PM
- Serving individuals living in Island, King, San Juan, Skagit, Snohomish, and Whatcom counties
- All immigration matters
- All languages welcome
- Walk-ins welcome

Granger Office:
121 Sunnyside Avenue, P.O. Box 270
Granger, WA 98932
Tel: (509) 854-2100
Toll Free: (888) 756-3641
grangerintake@nwirp.org

- Hours: Monday-Friday, 9:30AM-12PM/1PM-4:30PM
- Serving individuals living in Adams, Asotin, Benton, Columbia, Franklin, Garfield, Kittitas, Klickitat, Yakima, Walla Walla, and Whitman counties
- All immigration matters
- All languages welcome
- Walk-ins welcome

Wenatchee Office:
620 N. Emerson Avenue, Suite 201
Wenatchee, WA 98801
Tel: (509) 570-0054
Toll Free: (866) 271-2084
wenatcheeintake@nwirp.org

**The Northwest Immigrant Rights Project* (cont.)**

Wenatchee Office (cont.):

- Hours: Monday-Friday, 9:30AM-12PM/1PM-4:30PM
- Serving individuals living in Adams, Chelan, Douglas, Ferry, Grant, Lincoln, Okanogan, Pend Oreille, Spokane, and Stevens counties
- All immigration matters
- All languages welcome
- Walk-ins welcome

Tacoma Office:
2209 N. Pearl Street, Suite 200
Tacoma, WA 98406
Tel: (253) 383-0519 or (877) 814-6444 (Detained)
Tel: (253) 235-9279 (Non-detained)
detainedreferrals@nwirp.org /tsunintake@nwirp.org

- Leave a message with your name and A number
- Provides intakes and possible referrals to pro bono attorneys
- All immigration matters
- All languages welcome
- Walk-ins welcome

**Kids In Need of Defense (KIND) - Seattle Field Office***

1215 Fourth Avenue, Suite 1925
Seattle, WA 98161
Tel: (206) 338-3227
Fax: (206) 338-3406
infoseattle@supportkind.org
www.supportkind.org

- KIND represents unaccompanied children and youth under the age of 21

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

# List of Pro Bono Legal Service Providers



http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Seattle Immigration Court

**Seattle, Washington (page 2 of 2)**

**ABA Commission on Immigration Detention Information Hotline****

1050 Connecticut Avenue, NW, Unit 400
Washington, DC 20036
immcenter@americanbar.org
www.americanbar.org/groups/public_interest/immigration/

- Pro se case assistance for detained respondents only
- Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#
- To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org
- Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Tacoma Immigration Court

**Tacoma, Washington (page 1 of 2)**

**The Northwest Immigrant Rights Project***

Seattle Office:
615 2nd Avenue, Suite 400
Seattle, WA 98104
Tel: (206) 587-4009
Toll Free: (800) 445-5771
info@nwirp.org / seattlefrontdesk@nwirp.org
www.nwirp.org

- Hours: Monday-Friday, 9:30AM-12PM/1PM-4:30PM
- Serving individuals living in Island, King, San Juan, Skagit, Snohomish, and Whatcom counties
- All immigration matters
- All languages welcome
- Walk-ins welcome

Granger Office:
121 Sunnyside Avenue, P.O. Box 270
Granger, WA 98932
Tel: (509) 854-2100
Toll Free: (888) 756-3641
grangerintake@nwirp.org

- Hours: Monday-Friday, 9:30AM-12PM/1PM-4:30PM
- Serving individuals living in Adams, Asotin, Benton, Columbia, Franklin, Garfield, Kittitas, Klickitat, Yakima, Walla Walla, and Whitman counties
- All immigration matters
- All languages welcome
- Walk-ins welcome

Wenatchee Office:
620 N. Emerson Avenue, Suite 201
Wenatchee, WA 98801
Tel: (509) 570-0054
Toll Free: (866) 271-2084
wenatcheeintake@nwirp.org

**The Northwest Immigrant Rights Project* (cont.)**

Wenatchee Office (cont.):

- Hours: Monday-Friday, 9:30AM-12PM/1PM-4:30PM
- Serving individuals living in Adams, Chelan, Douglas, Ferry, Grant, Lincoln, Okanogan, Pend Oreille, Spokane, and Stevens counties
- All immigration matters
- All languages welcome
- Walk-ins welcome

Tacoma Office:
2209 N. Pearl Street, Suite 200
Tacoma, WA 98406
Tel: (253) 383-0519 or (877) 814-6444 (Detained)
Tel: (253) 235-9279 (Non-detained)
detainedreferrals@nwirp.org /tsunintake@nwirp.org

- Leave a message with your name and A number
- Provides intakes and possible referrals to pro bono attorneys
- All immigration matters
- All languages welcome
- Walk-ins welcome

**Legal Immigration Services of Olympia (LISO)***

203 4th Avenue, Suite 406
Olympia, WA 98501
Tel: (360) 485-4488
contact@lisowa.org
www.lisowa.org

- Detained cases at Northwest ICE Processing Center only

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.

* Non-Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated October 2026

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Tacoma Immigration Court

| Tacoma, Washington (page 2 of 2) | |
|---|---|
| **ABA Commission on Immigration Detention Information Hotline****<br><br>1050 Connecticut Avenue, NW, Unit 400<br>Washington, DC 20036<br>immcenter@americanbar.org<br>www.americanbar.org/groups/public_interest/immigration/<br><br>• Pro se case assistance for detained respondents only<br>• Respondents detained at Immigration and Customs Enforcement (ICE) or Bureau of Prisons (BOP) facilities should contact our speed dial at 2150#<br>• To contact on behalf of an individual detained by ICE or BOP, email immcenter@americanbar.org<br>• Respondents detained at Department of Defense (DOD) military facilities (including Guantanamo) should contact our toll-free hotline at 1 (855) 641-6081 | **Big Sky Legal Services and Advocacy***<br><br>P.O. Box 16583<br>Missoula, MT 59808<br>Tel: (406) 602-2324<br>information@bigskyimmigration.com<br>www.bigskyimmigration.org<br><br>• Priority assistance for individuals and families who reside in Montana<br>• All immigration matters<br>• Removal defense<br>• Languages: Spanish and others as needed |

Individuals must contact the providers on this list directly to request legal services. Although the providers on this list offer pro bono (free) legal representation, they may not have the capacity at this time to accept new cases.

Disclaimer: As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of Policy, maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on the list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of the organizations or attorneys.