USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_______________
DATE FILED: 10/13/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jose Lorenzo Pavia-Ibarra,

Petitioner,

-against-

Acting Field Office Director as Acting Field Office Director of New York Immigration and Customs Enforcement, Secretary of Homeland Security, Attorney General of the United States,

Respondents.

1:26-cv-7232 (MKV)

ORDER DISMISSING PETITION FOR HABEAS CORPUS

MARY KAY VYSKOCIL, United States District Judge:

This action arises from a petition for a writ of habeas corpus under Title 28, United States Code, Section 2241, filed on behalf of Jose Lorenzo Pavia-Ibarra ("Petitioner") by Fredy Balbuena Pavia (the "Proposed Next Friend"), who, proceeding pro se, purports to be Petitioner's nephew and next friend. [ECF No. 1]. Following several orders to show cause as to why the case should not be dismissed for lack of jurisdiction, [ECF Nos. 3, 5, 7], and responses thereto, [ECF Nos. 4, 6], Proposed Next Friend filed a letter informing the Court that Petitioner "wishes to file a habeas corpus petition himself, in his own name." [ECF No. 8]. Thus, Proposed Next Friend requested that the Court "dismiss this habeas action so that [Petitioner] can proceed with his case himself." *Id.*

Because Petitioner has indicated that he wishes to proceed with a habeas corpus petition himself, the Court finds that Proposed Next Friend has not met the prerequisites for next friend standing. Namely, Petitioner *can*—and indeed seeks to—"appear on his own behalf to prosecute the action." *Whitmore v. Arkansas*, 495 U.S. 149, 163 (1990).

Accordingly, the Petition is DISMISSED for lack of jurisdiction. Should Petitioner choose to re-file a petition for a writ of habeas corpus in this District, he shall note in the re-filed

petition and, if applicable, the Civil Cover Sheet, the case number under which this Petition was originally filed in this Court.

The Clerk of Court is respectfully requested to terminate this case.

The Clerk of Court is also respectfully requested to mail a copy of this Order to Petitioner's address listed in his declaration dated September 6, 2026, [ECF No. 6], and to Petitioner's Proposed Next Friend, whose address is listed in the Proposed Next Friend's Response, dated August 26, 2026, [ECF No. 4].

**SO ORDERED.**

**Date: October 13, 2026**
**New York, New York**

Mary Kay Vyskocil
MARY KAY VYSKOCIL
United States District Judge