**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

Jose Lorenzo Pavia-Ibarra,

Petitioner,

26 **CIVIL** 7232 (MKV)

-against-

**JUDGMENT**

Acting Field Office Director as Acting Field Office Director of New York Immigration and Customs Enforcement, Secretary of Homeland Security, Attorney General of the United States,

Respondents.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 13, 2026, the Petition is DISMISSED for lack of jurisdiction.

**DATED:** New York, New York
October 15, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**